UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 07-00580 (EGS) |
| ) | |
| v. ) | |
| ) | |
| $21,600 IN UNITED STATES CURRENCY ) | |
| RECOVERED FROM A SHOE BOX ) | |
| FOUND IN A CAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO ENLARGE BRIEFLY TIME TO FILE STATUS REPORT**

*COMES NOW*, plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move this Honorable Court to enlarge briefly until Friday, November 16, 2007, the time within which to file the status report required in this Court's order of October 30, 2007. In support whereof, plaintiff submits as follows:

1.  This is a civil forfeiture action brought *in rem* on March 26, 2007, against $21,600 in cash, alleging that the currency either is the proceeds of illegal drug-trafficking crimes, or was to be used to buy illicit narcotics. In a report filed September 7, 2007, the government recounted the efforts made to give notice to potential claimants. The government also recommended deferring action for about 35 days. On October 30, 2007, the Court directed the government to "file a status report and recommendation for future proceedings no later than November 12, 2007."

2.  In consequence, the government asks to enlarge the time for filing this report from Monday, November 12, 2007, until Friday, November 16, 2007, a brief period of four days. This year, November 12, 2007, is the observance of the holiday in commemoration of Armistice Day and Veterans Day. Additionally, the staff working most closely with this case were at training in South

Carolina during most of the week preceding November 12, 2007. In consequence of the foregoing, the government plans to move for a judgment by default and intends to elaborate on the facts supporting such a motion when filing it, but was unable to accomplish this by November 12, 2007. As a result, the government asks the Court to extend the time for filing its report.

3. Examination of the Court's computerized records shows that no person has filed a claim with the Court or otherwise filed any pleading attempting to enter this case, so person or party will be prejudiced by this request. There is no opposing party to contact to ascertain its position on this motion. Plaintiff asks the Court enter the proposed order attached.

> Respectfully submitted,
>
> _/s/_____
> JEFFREY TAYLOR
> UNITED STATES ATTORNEY
> District of Columbia Bar No. 498610
>
> _/s/_____
> WILLIAM R. COWDEN
> Assistant United States Attorney
> District of Columbia Bar No. 426301
>
> _/s/_____
> BARRY WIEGAND,
> Assistant United States Attorney
> District of Columbia Bar No. 424288
> 555 4th St., N.W., Room 4818
> Washington, D.C. 20530
> (202) 307-0299
> William.B.Wiegand@USDoJ.Gov

**CERTIFICATE**

I hereby certify that there is no party to whom service of the foregoing motion should be directed, but that this motion has been placed on the court's computerized docket through ECF.

_____
Barry Wiegand, AUSA

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                       Plaintiff,       ) | Civ. No. 07-00580 (EGS) |
|          v.       ) | |
| $21,600 IN UNITED STATES CURRENCY   )<br>RECOVERED FROM A SHOE BOX   )<br>FOUND IN A CAR,       ) | |
|                       Defendant.       ) | |

## **ORDER**

This matter comes before the Court on the motion of plaintiff, the United States of America, to enlarge briefly until Friday, November 16, 2007, the time within which to file the status report required in this Court's order of October 30, 2007. Upon consideration of that motion, it is by the Court this ____ day of November

ORDERED, that plaintiff's motion is granted and plaintiff shall file the required status report by November 16, 2007.

_____
E. G. Sullivan, U.S. District Judge

cc: Barry Wiegand
555 4th St., N.W., Room 4818
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov