UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                             Plaintiff,      ) | Civ. No. 07-00580 (EGS) |
|             v.      ) | |
| $21,600 IN UNITED STATES CURRENCY   )<br>RECOVERED FROM A SHOE BOX      )<br>FOUND IN A CAR,      ) | |
|                            Defendant.      ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 15th day of November 2007, that I am an Assistant United States Attorney in the District of Columbia, and thereby, the attorney of record for the government plaintiff in the above-entitled case, a civil forfeiture action; further, that the *in rem* defendant property, described as:

> **$21,600 in United States currency seized from a shoe box inside a car being driven by Michael Perry in Washington, D.C., on June 20, 2006.**

was personally served with process on March 26, 2007.[1]

I further certify that notice of this action has been given to all known and unknown interested parties by means of certified mail and by publication.[2]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant currency on March 26, 2007.

[2] Copies of the Complaint and the Warrant of Arrest *In Rem* were sent to all known interested parties, through the United States Postal Service (USPS) its certified and regular mail services, and once to one person by hand-delivery, as follows to: (1) Mr. Michael Perry at an address on Allison Street, N.E., in Washington, D.C., on March 27, 2007, May 25, 2007, and September 7, 2007; (2) Ms. Renee Jones-Perry at an address on Tamarack Court in Upper Marlboro, Maryland on March 27, 2007 and May 25, 2007; (3) Ms. Kenya Ain Terry at an address on Yorktown Road, N.W., in

I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant currency in this case; no pleading on behalf of the defendant currency has been filed and none served upon the attorney for the government plaintiff; no extensions have been given and the time for filing has expired; and that the defendant currency is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant currency.

    /s/ *Barry Wiegand*
BARRY WIEGAND, D.C. Bar # 424288
Assistant United States Attorney
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Fourth Floor
Washington, D.C.  20530
202-307-0299
William.B.Wiegand@USDoJ.Gov

---

Washington, D.C., on March 29, 2007, and May 25, 2007; (4) Ms. Tekia Caldwell at an address on Allison Street in Washington, D.C., on March 27, 2007, and May 25, 2007; and (5) Mr. Tyrone Dickson at an address on 15th Street in Hyattsville, Maryland, on March 27, 2007. Detail about these notices was included in a Status Report, which plaintiff filed with the Court on September 7, 2007.

A notice of seizure was published on April 24, 2007, in THE WASHINGTON TIMES.  Also, the seizing agency published a notice of seizure in THE WALL STREET JOURNAL for three consecutive weeks, including September 5, 2006, September 11, 2006, and September 18, 2006.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have caused service of the foregoing Affidavit in Support of Default against *in Rem* Defendant $21,600.00 in U.S. Currency to be made by having copies of it deposited in the U.S. mails in envelopes with postage affixed to each sufficient for first-class handling, addressed respectively to Mr. Michael Perry, XXXX Allison Street, N.E., Washington, D.C. 20017; Ms. Renee Jones-Perry, XXX Tamarack Court, Upper Marlboro, Maryland 20774; Ms. Kenya Ain Terry, XXXX Yorktown Rd., N.W., Washington, D.C. 20012; Ms. Tekia Caldwell, XXXX Allison Street, N.E., Washington, DC 20017, and to Mr. Tyrone Dickson, XXXX 15th Street, Hyattsville, Maryland 20782, on this 15th day of November 2007. I have used "X"s in each address listed in this certificate to protect the privacy of the individuals to whom copies of this document are being sent. The "X"s above represent actual numbers of real addresses, which I will supply the Court if asked.

                                              /s/ *Barry Wiegand*
                                              BARRY WIEGAND
                                              Assistant United States Attorney