Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

_____
Plaintiff(s)

v.

Civil Action No. 07-cv-00580-EGS

$21,600 IN UNITED STATES CURRENCY RECOVERED FROM A SHOE BOX FOUND IN A CAR

_____
Defendant(s)

RE: $21,600 IN UNITED STATES CURRENCY RECOVERED FROM A SHOE BOX FOUND IN A CAR

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by hand notification on September 07, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk