## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00580 (EGS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$21,600 IN UNITED STATES CURRENCY** | ) | |
| **RECOVERED FROM A SHOE BOX** | ) | |
| **FOUND IN A CAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## MOTION FOR ENTRY OF DEFAULT
## JUDGMENT AND JUDGMENT OF FORFEITURE

*COMES NOW*, plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move for entry of Default Judgment and for a Judgment of Forfeiture as to the above-captioned defendant property identified in the Verified Complaint for Forfeiture *In Rem*. Plaintiff files this motion on the ground that no timely paper, pleading, or other claim has been filed on behalf of the defendant property, and the Clerk of this Court has entered the Default on December 10, 2007. Plaintiff makes this motion pursuant to 18 U.S.C. § 983(a)(4)(A), Fed. R. Civ. P. 55, and Rule G of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of Points and Authorities.

Respectfully submitted,


/s/‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/ _____

BARRY WIEGAND, D.C. Bar # 424288
Assistant United States Attorney
Asset Forfeiture Unit, Criminal Division
555 Fourth St., N.W., Fourth Floor
Washington, D.C.  20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture to be made by having copies of it deposited in the U.S. mails in envelopes with postage affixed to each sufficient for first-class handling, addressed to Mr. Michael Perry, XXXX Allison Street, N.E., Washington, D.C. 20017; Ms. Renee Jones-Perry, XXX Tamarack Court, Upper Marlboro, Maryland 20774; Ms. Kenya Ain Terry, XXXX Yorktown Rd., N.W., Washington, D.C. 20012; Ms. Tekia Caldwell, XXXX Allison Street, N.E., Washington, DC 20017, and to Mr. Tyrone Dickson, XXXX 15th Street, Hyattsville, Maryland 20782 , on or before the 11th day of December 2007.  I have used "X"s in each address listed in this certificate to protect the privacy of the individuals to whom copies of this document are being sent.  The "X"s above represent actual numbers of real addresses, which I will supply the Court if asked.

/s/ _____

BARRY WIEGAND
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00580 (EGS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$21,600 IN UNITED STATES CURRENCY** | ) | |
| **RECOVERED FROM A SHOE BOX** | ) | |
| **FOUND IN A CAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On March 26, 2007, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant $21,600 in United States currency recovered from a shoe box found in a car. Copies of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court were served upon the defendant currency on March 26, 2007. (*See* Exhibit 1). Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were served upon all known interested parties, including:

1.      Copies of the Complaint and Warrant of Arrest *In Rem* were sent to Mr. Michael Perry on March 27, 2007, by certified mail through the United States Postal Service ("USPS"), addressed to Mr. Perry at XXXX Allison Street, S.E., Washington, D.C. 20017. USPS returned this certified-mail notice marked "unclaimed." The envelope contained markings that first notice had been given on March 31, 2007, second notice on April 4, 2007, and USPS then returned it after April 14, 2007. From this, plaintiff infers that USPS delivered the notice to Mr. Perry's Allison Street address in northeast Washington, D.C., based on the 20017 zip code. On May 25, 2007, the government sent a second written notice by certified mail through USPS to Mr. Perry at the Allison Street address, marking the zip code as 20017, but giving the "S.E." quadrant. This, too, was

returned marked "unclaimed" and indicated that delivery had been attempted on May 29, 2007, June 2, 2002, and June 12, 2007. From this, plaintiff again infers that USPS delivered this second notice to Mr. Perry's Allison Street, N.E., address in the 20017 zip code. In addition, on September 7, 2007, two sworn police officers delivered to the residence at XXXX Allison Street, N.E., a copy of the forfeiture notice, a copy of the forfeiture complaint, and a letter to Mr. Perry from plaintiff. Nobody answered the door to the residence, and the officers left the envelope containing these document in the mailbox to the right of the front door. (*See* Exhibit 2).

2.      Copies of the Complaint and Warrant of Arrest *In Rem* were sent to the only person who had filed a claim to the funds in the administrative forfeiture process, Ms. Renee Jones-Perry. The U.S. Drug Enforcement Administration ("DEA") conducted the process for the administrative forfeiture of the defendant funds, which preceded the filing of this civil action for the funds' forfeiture by judicial process. In March and May 2007, the government three times sent notice to Ms. Perry at an address that she earlier had used in letters to the DEA during the administrative process. In writing to the DEA on December 27, 2006, Ms. Perry gave her return address as "XXX Tamarack Court, Upper Marlboro, MD 20774." This December letter had followed an earlier one from Ms. Perry, dated September 19, 2006, which also listed the same Tamarack Court address. On December 7, 2006, the DEA had written to Ms. Perry at this address, explaining how to file properly a claim in the administrative forfeiture process. Ms. Perry's claim of December 28, 2006, listing the Tamarack Court address, appeared to respond to the DEA's directions. Additionally, Ms. Perry met with MPD detectives on July 19, 2006, along with her son. Notes of this interview show that Ms. Perry gave the Tamarack Court address. All certified mail attempts were returned unclaimed. (*See* Exhibit 3).

-2-

3.     Copies of the Complaint and Warrant of Arrest *In Rem* were sent to Ms. Tekia Caldwell at an address on Allison Street in Washington, D.C., via USPS certified mail on March 27, 2007, and via USPS, Regular and Certified Mail on May 25, 2007.  All certified mail attempts were returned unclaimed.  Police notes from an interview on July 19, 2006, reflect that Mr. Perry identified TeKia Caldwell as his ex-wife from whom he is separated.  (*See* Exhibit 4).

4.     Copies of the Complaint and Warrant of Arrest *In Rem* were sent to Mr. Tyrone Dickson at his address in Hyattsville, Maryland, via USPS certified mail on March 27, 2007.  Mr. Dickson received notice on March 29, 2007, which established a claim-filing deadline of May 3, 2007.  (*See* Exhibit 5).

5.     Copies of the Complaint and Warrant of Arrest *In Rem* were sent to Ms. Kenya Ain Terry at her address on Yorktown Road, N.W., in Washington, D.C., via USPS certified mail on March 29, 2007, and via USPS regular and certified mail on May 25, 2007.  Ms. Terry received notice on May 29, 2007, which established a claim-filing deadline of July 3, 2007.  (*See* Exhibit 6).

6.     Further, a notice of seizure was published in THE WASHINGTON TIMES on April 24, 2007, in full compliance with applicable Local Rules and the applicable federal rules of civil procedure, including Rule G of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions.  (*See* Exhibit 7).  In addition, the seizing agency published a notice of seizure in THE WALL STREET JOURNAL for three consecutive weeks, including September 5, 2006, September 11, 2006, and September 18, 2006.  (*See* Exhibit 8).

7.     No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on December 10, 2007.  No other party has filed a claim or pleading to challenge the defendant property's forfeiture, and the time for filing

a claim has expired.  See 18 U.S.C. § 983(a)(4)(A); Rule G(5) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions.

8.     The entry of Default and a Judgment by Default against the defendant currency is amply supported in the circumstances of this case.  Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), mandates the filing of a claim within 30 days of the service of the government's complaint.

9.     Further, whenever a judgment is sought for other than a sum certain from a defendant (for example, as in this complaint for a Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent.  Fed. R. Civ. P. Rule 55(b); see DirecTV, Inc. v. Arnold, 392 F. Supp.2d 415 (N.D.N.Y. 2005); Canady, MD v. Erbe Elektromedizin GMBG, 307 F. Supp.2d 2 (D.D.C. 2004); United States v. Gant, 268 F. Supp.2d 29 (D.D.C. 2003).

10.     Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted.  A proposed Order of Forfeiture is attached.

Respectfully submitted,

_/s/ Jeffrey A. Taylor_____
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

-4-

_/s/ William R. Cowden_
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

*/s/ Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant  United States Attorney
Criminal Division, Asset Forfeiture Unit
555  Fourth  Street,  N.W.,  Fourth  Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused service of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE, plus the Memorandum in support of the motion, to be made by having copies of them deposited in the U.S. mails in envelopes with postage affixed to each sufficient for first-class handling, addressed respectively to Mr. Michael Perry, XXXX Allison Street, N.E., Washington, D.C. 20017; Ms. Renee Jones-Perry, XXX Tamarack Court, Upper Marlboro, Maryland 20774; Ms. Kenya Ain Terry, XXXX Yorktown Rd., N.W., Washington, D.C. 20012; Ms. Tekia Caldwell, XXXX Allison Street, N.E., Washington, DC 20017, and to Mr. Tyrone Dickson, XXXX 15th Street, Hyattsville, Maryland 20782, on this 15th day of November 2007.  I have used "X"s in each address listed in this certificate to protect the privacy of the individuals to whom copies of this document are being sent.  The "X"s above represent actual numbers of real addresses, which I will supply the Court if asked.

*/s/ Barry Wiegand*
BARRY WIEGAND
Assistant United States Attorney

# Exhibit 1

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $21,600 in United States Currency Recovered from a Shoe Box Found in a Car | Verified Complaint for Forfeiture In Rem & Warra... |

**SERVE** ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**AT** | $21,600 in U.S. Currency          (Defendant)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Barry Wiegand<br>William R. Cowden<br>Assistant United States Attorneys<br>555 4th Street, NW, Room 4818<br>Washington, DC 20530 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case : 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

CATS ID NO.: 06-DEA-470932

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| BARRY WIEGAND  *Barry Wiegand* | (202) 307-0299 | 3/26/07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 10 | District to Serve No. 160 | Signature of Authorized USMS Deputy or Clerk | Date 3/26/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

Address (complete only if different than shown above)

**Exhibit 1**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

| Date of Service | Time | am / pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Funds in USMS custody 8/15/06

NOTE

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# Exhibit 2

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

U.S. Department of Justice
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20001
Official Business
Penalty for Private Use $300

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Perry
1320 Allison Street, S.E.
Washington, D.C. 20017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7000 0600 0021 5996 1976

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

By Certified Mail/Return Recei

Mr. Michael Perry
1320 Allison Street, S.E.
Washington, D.C. 20

FROM:
CARR: USPS
TRK#: 70000600002159961976
RCVD: 4/20/2007

TO: US ATTY DC
PH:
BDG: JCB     FLR:
RM: 5840
PCS: 1

**Exhibit 2**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

US OFFICIAL MAIL
$300 Penalty

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Perry
132? Allison Street, S.E.
Washington, D.C. 2001?

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* ) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)    7000 0600 0021 5996 2683

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



By Certified Mail/Return Receipt Requested

Mr. Michael Perry
132? Allison Street, S.E.
Washington, D.C. 2001?

RTE:
MSC: US ATTY DC

FROM:      USPS
CARR:      7000060000215996268?
TRK#:
RCVD:   6/18/2007

TO : US ATTY DC
PH :
BDG : JCB      FLR :
RM : 5840
PCS : 1

7000 0600 0021 5996 2683

**Exhibit 2**

USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

Friday, September 7, 2007

Mr. Michael Perry
1320 Allison Street, N.E.
Washington, D.C. 20017-2709

Re: <u>UNITED STATES OF AMERICA</u> v. <u>$21,600 IN UNITED STATES CURRENCY</u>
<u>RECOVERED FROM A SHOE BOX FOUND IN A CAR</u>, Civil Action 07-0580 (EGS)

Dear Mr. Perry:

This letter notifies you that the United States Government had brought a civil action in the United States District Court for the District of Columbia to forfeit to the government $21,600 in U.S. Currency. The case is pending before U.S. District Judge Sullivan. Enclosed with this letter is a notice of the forfeiture action and a copy of the complaint for forfeiture. Police officers seized this money on June 20, 2006, during a traffic stop of a car that you were driving.

Two police officers have delivered by hand this letter, the notice, and the complaint to the address of 1320 Allison Street, N.E., Washington, D.C., in an envelope addressed to you. The documents state the rules concerning when a claim must be filed in this case and give you notice of this action. In March and May 2007, the government sent notice to you by certified mail and by regular post, which it appears that you have received. The government will tell the Court this if the question is litigated in this case.

Sincerely,

[original signed]
*/s/ Barry Wiegand*
Barry Wiegand
Assistant U.S. Attorney
(202) 307-0299

**Exhibit 2**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

# Exhibit 3

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Official Business
Penalty for Private Use $300

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Ms. Renee Jones Perry**

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    7000 0600 0021 5996 1945

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





By Certified Mail/Return Receipt Requested

FROM:
CRRR
TRK#  7000060000215996194S
RCVD:  4/27/2007

TO:  US ATTY DC
PH:
BDG:  JCB    FLR:
RM:  5840
PCS:  1

USPS



1st NOTICE
2nd NOTICE
RETURNED

7000 0600 0021 5996 1945

TE:
SC:
ATTY DC

**Exhibit 3**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)



U.S. Department of Justice
U.S. Attorney's Office

555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☐ Addressee |
| | B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☑ No |

1. Article Addressed to:

**Ms. Renee Jones Perry**
304 Tamarack ~~~~
~~~~~~

| | |
|---|---|
| 3. Service Type ☑ Certified Mail   ☐ Express Mail ☐ Registered   ☑ Return Receipt for Merchandise ☐ Insured Mail   ☐ C.O.D. | |
| 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |

2. Article Number
   *(Transfer from service label)*    7000 0600 0021 5996 2669

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

Exhibit 3
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

By Certified Mail/Return Receipt Requested

Ms. Renee Jones Perry
304 Tamarack Court

UNCLAIMED

7000 0600 0021 5996 2669

FROM:
CARR:  USPS
TRK#:  70000600002159962669
RCVD:  6/28/2007

TO:  US ATTY DC
PH:
BDG:  JCB      FLR:

# Exhibit 4

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. TeKia Caldwell
1320 Allison Street, S.E.
Washington, D.C. 20017

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   □ Agent   □ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail   □ Express Mail
   □ Registered   ☑ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   □ Yes

2. Article Number
   *(Transfer from service label)*   7000 0600 0021 5996 0726

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

By Certified Mail/Return Receipt
To: Ms. TeKia Caldwell
1320 Allison Street, S.E.
Washington, D.C. 20017

7000 0600 0021 5996 0726

FROM:
CARR: USPS
TRK#: 70000600002159960726
RCVD: 4/20/2007

TO: US ATTY DC
PH:
BDG: JCB   FLR:
RM: 5840
PCS: 1

**Exhibit 4**

USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. TeKia Caldwell
1320 Allison Street, S.E.
Washington, D.C. 20017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7000 0600 0021 5996 2676

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

By Certified Mail/Return Receipt Requested

Ms. TeKia Caldwell
1320 Allison Street, S.E.
Washington, D.C. 20017

7000 0600 0021 5996 2676

FROM:
CARR: USPS
TRK#: 70000600002159962676
RCVD: 6/18/2007

TO: US ATTY DC
PH:
BDG: JCB
RM: 5840    FLR:
PCS: 1

**Exhibit 4**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

# Exhibit 5

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

USPS - Track & Confirm



**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 1969**
Status: **Delivered**

Your item was delivered at 12:15 PM on March 29, 2007 in
HYATTSVILLE, MD 20782.

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery 3/29/07 |

1. Article Addressed to:

   **Mr. Tyrone Dickson**
   **5932 15th Street**
   **Hyattsville, MD 20782**

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7000 0600 0021 5996 1969

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540

**Exhibit 5**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

# Exhibit 6

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2706**
Status: **Notice Left**

We attempted to deliver your item at 1:41 PM on March 31, 2007 in WASHINGTON, DC 20012 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

*Additional Details >*      *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

MAR 2 9 2007

Postmark
Here

Name (P    Ms. Kenya Ain Terry
Street, A   2126 Yorktown Road, N.W.
City, Sta.  Washington, DC 20012
Notice of Forfeiture w/copy of Verified
Complaint in *U.S. v. $21,600 in US Currency...*, Cv. 07-00580 (EGS)

PS Form 3800, July 1999                    See Reverse for Instructions

7000 0600 0021 5996 2706

**Exhibit 6**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2706**
Detailed Results:
- **Notice Left, March 31, 2007, 1:41 pm, WASHINGTON, DC 20012**
- **Arrival at Unit, March 31, 2007, 6:42 am, WASHINGTON, DC 20012**

‹ *Back*          *Return to USPS.com Home ›*

**Track & Confirm**

Enter Label/Receipt Number.

Go ›

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   *Go ›*

---

 POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

**Exhibit 6**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)



UNITED STATES
POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2652**
Status: **Delivered**

Your item was delivered at 1:17 PM on May 29, 2007 in WASHINGTON, DC 20012.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent □ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Ms. Kenya Ain Terry <br> 2126 Yorktown Road, N.W. <br> Washington, D.C. 20012 | D. Is delivery address different from item 1?  □ Yes <br> If YES, enter delivery address below:  ☑ No |
| | 3. Service Type <br> ☑ Certified Mail   □ Express Mail <br> □ Registered   ☑ Return Receipt for Merchandise <br> □ Insured Mail   □ C.O.D. |
| | 4. Restricted Delivery? ( *Extra Fee* )  □ Yes |
| 2. Article Number <br> ( *Transfer from service label* )   7000 0600 0021 5996 2652 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

**Exhibit 6**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

# Exhibit 7

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

## AFFIDAVIT OF PUBLICATION

**AD# 10151275**

District of Columbia, ss,
Personally appeared before me, <u>CLAIRE VALLOWE,</u>
a Notary Public in and for the District of Columbia

<u>CARL S. JOHNSON,</u> who is being duly sworn according to law, an oath says that he is
an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

## The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
and that the advertisement, of which the annexed is a true copy was
published in said newspaper _1_ time(s) on the following dates:

<u>2007 APRIL 24</u>

at the rate of $ 2.91  per line.

Total Cost $ 162.96  Dollars

Subscribed and sworn to before me

<u>APRIL 24, 2007</u>

Notary Public

CLAIRE L. VALLOWE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2012

My Commission expires _____

NOTICE

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. $21,600.00 in United States Currency Recovered from a Shoe Box found in a Car, the United States Marshals Service for the District of Columbia arrested on March 26, 2007, $21,600.00 in U.S. Currency, property described above under Civil Action # 07-00580-EGS and filed on March 26, 2007, with the Clerk of the Court for the District of Columbia for violations of 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims, and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Barry Wiegand, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530.

**Exhibit 7**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

# Exhibit 8

United States v. $21,600 in United States Currency
Recovered from a Shoe Box Found in a Car
Civ. No. 07-00580 (EGS)

**Exhibit 8**

THE WALL STREET

TUESDAY, SEPTEMBER 5, 2006

USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

◆ PUBLIC NOTIC

## LEGAL NOT
## ATTENTIO

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301 the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of Asset Forfeiture Section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily crimin

[The remainder of this page consists of multiple densely printed columns of DEA forfeiture notices organized by federal judicial district (e.g., DISTRICT OF ALASKA, NORTHERN DISTRICT OF ALABAMA, DISTRICT OF ARIZONA, EASTERN DISTRICT OF CALIFORNIA, NORTHERN DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT OF CALIFORNIA, DISTRICT OF COLORADO, DISTRICT OF CONNECTICUT, EASTERN DISTRICT OF MISSOURI, WESTERN DISTRICT OF MISSOURI, DISTRICT OF NEW JERSEY, EASTERN DISTRICT OF NEW YORK, NORTHERN DISTRICT OF NEW YORK, SOUTHERN DISTRICT OF NEW YORK, EASTERN DISTRICT OF NORTH CAROLINA, MIDDLE DISTRICT OF NORTH CAROLINA, WESTERN DISTRICT OF NORTH CAROLINA, DISTRICT OF NORTH DAKOTA, MIDDLE DISTRICT OF PENNSYLVANIA, WESTERN DISTRICT OF PENNSYLVANIA, DISTRICT OF PUERTO RICO, DISTRICT OF SOUTH CAROLINA, EASTERN DISTRICT OF TENNESSEE, MIDDLE DISTRICT OF TENNESSEE, EASTERN DISTRICT OF TEXAS, NORTHERN DISTRICT OF TEXAS, SOUTHERN DISTRICT OF TEXAS, DISTRICT OF COLUMBIA, and others), each listing seized currency, vehicles, and property with DEA case numbers, dates, and claimant names. The individual entries are printed in microscopic type and are not legibly reproducible.]

... States Code (U.S.C.), Section 881, beca...
... Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quan...
Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In... the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 982(a) a claimant may request pursuant to Section 983(f), release of the... Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal de...

**FIRST NOTICE**
**LAST DATE TO FILE OCTOBER 20, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
**06-DEA-470074**, Assorted Money Orders VL: $500.00, (1) U.S. Postal Money Order, Ser No 92976133691; (1) Travelers Express Money Order, Ser No 47935801089, Fairbanks, AK, Tickett, Christopher G., 06/19/06
**06-DEA-470786**, $14,980.00 U.S. Currency, Cantwell, AK, Gillespie, William Joseph and Kokrine, Dustin Joseph, 07/18/06
**NORTHERN DISTRICT OF ALABAMA**
**06-DEA-470526**, 1999 GMC Yukon SLT, 1GKEC13R9XJ748705, Decatur, AL, Salomon, Oscar, 06/27/06
**06-DEA-470587**, $5,930.00 U.S. Currency, Vinemont, AL, Turner, Bruce Edward, 07/19/06
**DISTRICT OF ARIZONA**
**06-DEA-470746**, 1985 Oldsmobile Delta 88, 1G3BN69Y3F9058744, Nogales, AZ, Rodriguez-Gutierrez, Jose Adan, 07/05/06
**CENTRAL DISTRICT OF CALIFORNIA**
**06-DEA-470539**, 2006 Chevrolet Uplander LT, 1GNDV33166D207994, Lakewood, CA, Sanchez-Ledezma, Cornelio AKA Ledezma, Cornelio, 07/11/06
**06-DEA-470606**, $15,750.00 U.S. Currency, Victorville, CA, Patterson, Patrick, 07/18/06
**06-DEA-470611**, $9,550.00 U.S. Currency, Victorville, CA, Stehlik, Christian, 07/18/06
**06-DEA-470676**, $26,356.00 U.S. Currency, Los Angeles, CA, Lares, Elena, 07/20/06
**06-DEA-470740**, $407,710.00 U.S. Currency, Pico Rivera, CA, Yuniz, Tony AKA Olea, Antonio, 07/19/06
**06-DEA-470787**, $3,725.00 U.S. Currency, Palm Springs, CA, Burgess, Kevin, 07/19/06
**06-DEA-470863**, 2006 Nissan Armada SUV, 5N1AA08A16N704455, Santa Ana, CA, Silva, Jose German, 07/26/06
**06-DEA-470864**, $4,645.00 U.S. Currency, Santa Ana, CA, Silva, Jose German, 07/26/06
**06-DEA-470865**, $76,000.00 U.S. Currency, Santa Ana, CA, Silva, Jose German, 07/26/06
**06-DEA-470947**, $155,372.00 U.S. Currency, Walnut Park, CA, Barragan, Jose, 07/06/06
**06-DEA-470993**, $10,000.00 U.S. Currency, North Hills, CA, Checo, Javier Arsenio AKA Charro, Javier, 07/19/06
**06-DEA-471022**, $22,040.00 U.S. Currency, Culver City, CA, Halem, Jordan, 07/19/06
**EASTERN DISTRICT OF CALIFORNIA**
**06-DEA-470776**, $25,560.00 U.S. Currency, Sacramento, CA, Bowers, Reginald and Williams, Dorothy Jean and Warner, Ruth, 06/28/06
**06-DEA-470816**, $8,798.00 U.S. Currency, Stockton, CA, Alvarez, Rodrigo and Quintero, Juan and Garcia, Manuel, 06/28/06
**06-DEA-471015**, $9,500.00 U.S. Currency, Fresno, CA, Fonseca, Javier AKA Fonseca, Javier Francisco AKA Fonseca Jr., Javier Francisco, 07/24/06
**06-DEA-471019**, $2,083.00 U.S. Currency, Lodi, CA, Giorgi, Gino Lee, 07/26/06
**06-DEA-471054**, $1,668.00 U.S. Currency, Lodi, CA, Giorgi, Gino Lee, 07/26/06
**06-DEA-471059**, $7,187.00 U.S. Currency, Fresno, CA, Salais, Indalecio Ortiz AKA Salais, Indalesio AKA Ortiz, Indalesio, 07/24/06
**06-DEA-471066**, 2004 Chevrolet Tahoe, 1GNEC13T34J280092, Fresno, CA, Mendez, Rosa and Reyna, Malissa and Salais, Indalecio Ortiz AKA Salais, Indalesio AKA Ortiz, Indalesio 07/24/06
**06-DEA-471096**, 2004 Ford F-150 Pickup, 1FTRF02564KB47187, Fresno, CA, Salais, Indalecio Ortiz AKA Salais, Indalesio AKA Ortiz, Indalesio, 07/24/06
**06-DEA-471276**, Assorted Weapons, VL: $1,025.00, (1) N-59 Browning Arms A-Bolt Rifle .270 Caliber with Simmons Model Scope, Ser No 37491NR817; (1) Mossberg 12-Guage Shotgun, Ser No L176158; (1) N-62 Stevens Shotgun Model 94-Series N 20-Guage, Ser No 0789848; (1) N-63 Winchester Rifle, Model 94 30-30, Ser No 4284369; (1) N-64 Winchester Model 50, 12-Guage, Ser No 178683A, Fairfield, CA, Pichardo, Eduardo Nunez and Pichardo, Irma Gonzalez, 06/21/06
**NORTHERN DISTRICT OF CALIFORNIA**
**06-DEA-471098**, $12,288.00 U.S. Currency, Moraga, CA, Gustin, Sasha Enoch, 07/18/06
**SOUTHERN DISTRICT OF CALIFORNIA**
**06-DEA-470141**, $6,640.00 U.S. Currency, La Jolla, CA, Jessie, Christopher Henry, 07/06/06
**06-DEA-470142**, $451.00 U.S. Currency, La Jolla, CA, Abdul-Jalil, Ahmad Mustapha, 07/06/06
**06-DEA-470461**, $2,509.00 U.S. Currency, Vista, CA, Eineman, Ernest Leroy, 07/17/06
**06-DEA-470643**, 2000 Chevrolet Tracker SUV, 2CNBJ13C1Y6951971, San Clemente, CA, Mendez, Alejandro, 07/07/06
**06-DEA-470721**, $1,280.00 U.S. Currency, La Mesa, CA, Parra, Daniel, 07/20/06
**06-DEA-470736**, $4,713.00 U.S. Currency, Chula Vista, CA, Magana, Juan Carlos, 07/21/06
**06-DEA-470747**, $699,971.00 U.S. Currency, Brawley, CA, Vasquez, Gilberto Chavez, 07/09/06
**06-DEA-470749**, 2005 Chrysler Sebring, 1C3EL45X25N625573, Brawley, CA, Vasquez, Gilberto Chavez, 07/09/06
**06-DEA-470957**, 1999 Volkswagen Jetta Sedan, 3VWSC29M4XM076357, San Diego, CA, Torres-Colmenero, Victor Hugo, 07/21/06
**DISTRICT OF COLORADO**
**06-DEA-469573**, $4,405.00 U.S. Currency, Pueblo, CO, Romero, Michael Anthony AKA Taylor, Jonathan, 06/22/06
**06-DEA-470377**, $18,770.00 U.S. Currency, Grand Junction, CO, Pantoja-Herrera, Gerardo, 07/12/06
**06-DEA-470626**, 1997 Ford F150, 1FTDX18WXVKD19459, Aurora, CO, Lopez-Silerio, Edith AKA Villalobos-Duran, Kamila and Lopez-Silerio, Salvador, 07/16/06
**06-DEA-470631**, $11,526.00 U.S. Currency, Colorado Springs, CO, Arriaga, Albert, 07/08/06
**06-DEA-470674**, $22,500.00 U.S. Currency, Colorado Springs, CO, Benavidez, Manuel, 07/08/06
**06-DEA-470748**, $5,014.00 U.S. Currency, Colorado Springs, CO, Benavidez, Manuel, 07/07/06
**DISTRICT OF CONNECTICUT**
**06-DEA-471065**, AMT Automag II .22 pistol, VL: $2,100.00, Ser No C02178, Southington, CT, Unidentified, 07/09/06
**06-DEA-471075**, $26,974.00 U.S. Currency, Torrington, CT, Bigelow Jr., Larry, 06/29/06
**06-DEA-471126**, $6,640.00 U.S. Currency, Hartford, CT, Santiago, Carmen, 06/30/06
**06-DEA-471131**, $3,500.00 U.S. Currency, New Haven, CT, Brandon, Rachael, 07/27/06
**06-DEA-471154**, 1999 Ford Expedition, 1FMPU18L7XLB62171, Torrington, CT, Bigelow Jr., Larry, 06/29/06
**06-DEA-471160**, 1998 Acura 3.2TL, JH4UA3643WC004916, Torrington, CT, Bigelow Jr., Larry, 06/29/06
**DISTRICT OF COLUMBIA**
**06-DEA-470821**, $8,935.00 U.S. Currency, Washington, DC, Henry, Kenneth Earl, 07/14/06
**06-DEA-470932**, $21,600.00 U.S. Currency, Washington, DC, Perry, Michael Lawrence Andre, 07/26/06
**DISTRICT OF DELAWARE**
**06-DEA-470885**, $3,195.00 U.S. Currency, Wilmington, DE, Mays, Charles L., 07/20/06
**MIDDLE DISTRICT OF FLORIDA**
**06-DEA-470673**, 2001 Acura MDX SUV, 2HNYD18651H519722, Cape Coral, FL, Gonzalez, Jose Ramon, 07/06/06
**06-DEA-470709**, Man's 18Kt Rolex Submariner Oyster Perpetual Date Watch, VL: $5,300.00, Miami, FL, Alonso, Florentino, 06/27/06
**06-DEA-470766**, $279,930.00 U.S. Currency, Lake City, FL, The Estate of Wilson Sr., James Louis, 07/01/06
**06-DEA-470795**, $4,177.00 U.S. Currency, Cape Coral, FL, Vazquez, Raul, 07/06/06
**SOUTHERN DISTRICT OF FLORIDA**
**06-DEA-470690**, $2,665.00 U.S. Currency, Miami, FL, Pedron, Jose Raul, 07/17/06

Double and Triple Row Diamond Bracelet; (1) One Lady's 21" long Fancy Pear Shape Link Neck Chain; (1) One Lady's Tripe Row Diamond Engagement Ring, Sterling Heights, MI, Hurston, Andre Demon and Hurston, Gwendolyn Danielle, 07/10/06
**06-DEA-470839**, Fur Coat, VL: $2,750.00, (1) Natural Ranch Mink Coat with Black Fox Tuxedo Fronts, Sterling Heights, MI, Hurston, Andre Demon and Hurston, Gwendolyn Danielle, 07/10/06
**06-DEA-470840**, 1996 Chevrolet Caprice Classic, 1G1BL52P0TR117481, Sterling Heights, MI, Hurston, Andre Demon and Hurston, Gwendolyn Danielle, 07/10/06
**06-DEA-470919**, $4,440.00 U.S. Currency, Romulus, MI, Antwine, Jaray Pearlartis, 07/17/06
**DISTRICT OF MINNESOTA**
**06-DEA-470834**, $49,900.00 U.S. Currency, Crystal, MN, Rosales, Nicolas, 07/26/06
**06-DEA-470977**, $15,630.00 U.S. Currency, St. Paul, MN, Thao, Chue Tong, 07/13/06
**06-DEA-471011**, $25,426.00 U.S. Currency, Blaine, MN, Le, Dat Cong, 07/26/06
**EASTERN DISTRICT OF MISSOURI**
**06-DEA-469862**, $15,621.00 U.S. Currency, New Madrid, MO, Lawrence, Harold A., 05/19/06
**06-DEA-470178**, 2004 Pontiac Grand Prix, 2G2WS522841308306, New Madrid, MO, Lawrence, Harold A., 05/19/06
**WESTERN DISTRICT OF MISSOURI**
**06-DEA-470703**, $53,690.00 U.S. Currency, Kansas City, MO, Garcia, Raymond, 07/12/06
**06-DEA-470722**, $11,230.00 U.S. Currency, Kansas City, MO, Perez-Meraz, Diva, 07/20/06
**06-DEA-470874**, 2001 GMC Denali, 1GKEK63UX1J214964, Springfield, MO, McClain, Michael, 07/16/06
**SOUTHERN DISTRICT OF MISSISSIPPI**
**06-DEA-470727**, $67,820.00 US Currency, Biloxi, MS, Rios Jr., Juan Jose, 07/15/06
**06-DEA-470738**, 2005 Dodge Stratus, 1B3EL46X95N626148, Biloxi, MS, Rios Jr., Juan Jose, 07/15/06
**06-DEA-470739**, 2003 Chevrolet Silverado SS C1500, 2GCEK19N031367736, Biloxi, MS, Fortenberry, Michael, 07/17/06
**06-DEA-470810**, 2005 Ford F-350 Superduty Styleside Crew Cab, 1FTWW31PX5EC64911, Perkinston, MS, Brewer, Jeremy Dwight, 07/17/06
**DISTRICT OF MONTANA**
**06-DEA-469856**, $25,110.00 U.S. Currency, Absarokee, MT, Hughes, Donald, 06/28/06
**EASTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-470790**, $12,750.00 U.S. Currency, Zebulon, NC, Perry II, Larry Donnell, 07/21/06
**06-DEA-470889**, $25,229.00 U.S. Currency, Greenville, NC, Hernandez, Miguel Dominquez AKA Amigo and Cardenas, Eric Alexis, 07/20/06
**MIDDLE DISTRICT OF NORTH CAROLINA**
**06-DEA-470832**, $3,052.00 U.S. Currency, Winston Salem, NC, Steele, Dennis Raynard and Copeland, Lakreshia, 06/29/06
**06-DEA-470853**, $7,202.00 U.S. Currency, High Point, NC, Halipilias, Michael King, 07/26/06
**06-DEA-470881**, $29,000.00 U.S. Currency, Asheboro, NC, Jackson Jr., Ceasar Ualis, 07/26/06
**06-DEA-470924**, $2,883.00 U.S. Currency, Winston Salem, NC, Baker Jr., Mark Briggs, 07/26/06
**WESTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-468186**, $9,000.00 U.S. Currency, Fletcher, NC, Ocampo-Valentin, Luis, 05/19/06
**06-DEA-469827**, $2,319.00 U.S. Currency, Charlotte, NC, Sonnarathkesone, Navinh, 06/22/06
**06-DEA-470985**, $2,090.00 U.S. Currency, Morganton, NC, Gross, Brandy Nichole, 07/25/06
**06-DEA-471007**, $2,805.00 U.S. Currency, Charlotte, NC, Davis, Randy Maurice and McCullough, Michelle Antionette, 07/25/06
**DISTRICT OF NEBRASKA**
**06-DEA-470458**, $4,080.00 U.S. Currency, Omaha, NE, Robles, Juan and Robles, Claudia, 06/29/06
**DISTRICT OF NEW MEXICO**
**06-DEA-470652**, $13,500.00 U.S. Currency, Albuquerque, NM, Placencia, Natividad and Rios, Corinne, 07/07/06
**06-DEA-470878**, 1999 Chevrolet Silverado C2500 Pickup, 1GCEC34R1XZ137087, Alamogordo, NM, Garcia-Marquez, Arturo, 07/22/06
**06-DEA-470893**, 1999 Ford Ranger Truck, 1FTZR15V0XPA91215, Las Cruces, NM, Terrazas-Ruiz, Jose A., 07/12/06
**06-DEA-470996**, $40,000.00 U.S. Currency, Albuquerque, NM, Herrera, Luis Robert, 07/19/06
**06-DEA-471014**, 2004 Ford F-150 4X4 Supercab truck, 1FTPX04564KD74073, Lordsburg, NM, Martinez-Martinez, Jose, 07/27/06
**06-DEA-471092**, $2,700.00 U.S. Currency, Las Cruces, NM, Baines, Robert AKA Houser Matthew, 07/22/06
**06-DEA-471127**, Kel Tec 9mm pistol, VL: $125.00, Ser No 87139, Las Cruces, NM, Fuller, Sharisse, 07/22/06
**06-DEA-471235**, $100,040.00 U.S. Currency, Tucumcari, NM, Gunter, Alex, 08/04/06
**DISTRICT OF NEVADA**
**06-DEA-471023**, $634,126.00 U.S. Currency, Las Vegas, NV, Green, Anthony, 07/31/06
**EASTERN DISTRICT OF NEW YORK**
**06-DEA-469936**, $3,000.00 U.S. Currency, Brooklyn, NY, Unidentified, 06/29/06
**06-DEA-470028**, $2,954.00 U.S. Currency, Queens, NY, Wells, Teasha AKA Crawford, Teasha and Crawford, Anthony, 07/03/06
**06-DEA-470090**, $23,107.00 U.S. Currency, Ronkonkoma, NY, Vanegas, Luis, 06/28/06
**06-DEA-470407**, $14,455.00 U.S. Currency, Lindenhurst, NY, Duffy, Jill and Bair Jr., Robert Lee, 07/05/06
**06-DEA-470765**, $13,689.00 U.S. Currency, Brooklyn, NY, Poveromo, Michael, 07/17/06
**06-DEA-470820**, $14,100.00 U.S. Currency, Woodside, NY, Arango, Mario, 06/23/06
**06-DEA-470823**, $29,900.00 U.S. Currency in Safety Deposit Box #328, Elmhurst, NY, Arango, Mario, 06/23/06
**06-DEA-470825**, $99,900.00 U.S. Currency in Safety Deposit Box #372, Elmhurst, NY, Arango, Mario, 06/23/06
**NORTHERN DISTRICT OF NEW YORK**
**06-DEA-470039**, 1998 Toyota Tacoma, 4TAPM62N4WZ127476, Kingston, NY, Barnes Jr., Tommie, 06/29/06
**06-DEA-470584**, Rome Savings Bank, Account #8010114083, VL: $2,977.00, Rome, NY, Clark, Rebecca M., and Tucker, Rebecca M., 07/10/06
**06-DEA-470720**, $6,800.00 U.S. Currency, Gansevoort, NY, Stewart, Roger, 07/20/06
**06-DEA-470826**, 2002 Nissan Pathfinder LE SUV, JN8DR09Y22W738192, Syracuse, NY, Brown, Terence Q. AKA Brown, Terry, 07/20/06
**06-DEA-470844**, First Niagara Bank, Account #7259000169, VL: $1,105.78, Lockport, NY, Inside Outside Home Improvement Inc., 07/07/06
**06-DEA-470850**, 2004 Jeep Grand Cherokee Limited SUV, 1J8GW68JX4C153334, Syracuse, NY, Ariola, John Anthony, 07/21/06
**SOUTHERN DISTRICT OF NEW YORK**
**06-DEA-470239**, Signature Bank, Account #1500587292, VL: $8,632.30, Brooklyn, NY, 07/06/06
**06-DEA-470563**, (184) U.S. Savings Bonds, VL: $18,400.00, Ser Nos C668752936EE; C712655515EE; C758157735EE; C795964392EE; C667867765EE; C712655516EE; C758157736EE; C796504004EE; C667867766EE; C713385001EE; C758188582EE; C796504005EE; C667867767EE; CC713385002EE; C758188583EE; C797180071EE; C668752937EE; C713385003EE; C758899428EE; C797180072EE; C674670327EE; C724450179EE; C758899429EE; CC801324344EE; C674670328EE; C724450180EE; CC759901483EE; C801324345EE; C675777801EE; C725198934EE; CC759901484EE; C801571229EE; C675777802EE; C725198935EE; C760521163EE; C801571230EE; C676705471EE; C726022438EE; C760521164EE; C801714278EE; C676705472EE; C726022439EE; C760521165EE; C801714279EE; C677538443EE; C726903703EE; C761707976EE; C802081680EE; C677538444EE; ...

Home, OR, Dean, Linda, 07/06/06
**EASTERN DISTRICT OF PENNSYLVANIA**
**06-DEA-470770**, $129,980.00 U.S. Currency, Philadelphia, PA, Clarke, Sharon, 07/20/06
**06-DEA-470773**, $9,250.00 U.S. Currency, Philadelphia, PA, Dee's Fashion Inc., 07/17/06
**06-DEA-470831**, $16,492.00 U.S. Currency, Bethlehem, PA, Hartwell, Tim, 07/06/06
**06-DEA-470935**, 2003 Dodge RAM 1500 Quad Cab 4X4 Pick-up Truck, 1D7HU18D73J666846, Caln, PA, Williams, Frederick Hector, 07/12/06
**MIDDLE DISTRICT OF PENNSYLVANIA**
**06-DEA-469240**, $95,042.00 U.S. Currency, Muhlenburg, PA, Flores-Tejeda, Jose Ramon, 06/12/06
**06-DEA-469327**, $290,010.00 U.S. Currency, Dupont, PA, Ramirez, Jose Refugio, 06/07/06
**WESTERN DISTRICT OF PENNSYLVANIA**
**06-DEA-470755**, $6,500.00 U.S. Currency, Pittsburgh, PA, Bray, Stephen LaValle, 07/24/06
**DISTRICT OF PUERTO RICO**
**06-DEA-465275**, Banco Santander Savings Account #0904025112, VL: $14,820.17, San Juan, PR, Padilla-Zapata, Herson, 03/13/06
**06-DEA-470516**, $20,029.00 U.S. Currency, Carolina, PR, Mas, Richard L., 06/27/06
**06-DEA-470677**, $25,512.00 U.S. Currency, Carolina, PR, Flores, Carlos Miguel, 07/18/06
**DISTRICT OF SOUTH CAROLINA**
**06-DEA-469857**, $19,500.00 U.S. Currency, Anderson, SC, Griffiths, Shawn Deon and Robertson, Deantre Antonio and Jones, Lonnie, 06/29/06
**06-DEA-470964**, $1,060.00 U.S. Currency, Greenville, SC, Pruitt, Kanisha Dianne, 07/28/06
**06-DEA-471003**, $6,472.00 U.S. Currency, Greenville, SC, Pruitt, Kanisha Dianne, 07/31/06
**EASTERN DISTRICT OF TENNESSEE**
**06-DEA-470577**, $5,497.00 U.S. Currency, Knoxville, TN, Lino-Gomez, Juan Matias, 07/11/06
**MIDDLE DISTRICT OF TENNESSEE**
**06-DEA-470940**, $10,000.00 U.S. Currency, Murfreesboro, TN, Murray, Carlos Alexander AKA King, Khalif, 07/24/06
**EASTERN DISTRICT OF TEXAS**
**06-DEA-470701**, $7,879.00 U.S. Currency, Mount Selman, TX, Goshorn, Connie Lee and Edwards, Thomas Lynn, 07/14/06
**06-DEA-470705**, Toshiba 15" Laptop and Accessories, VL: $619.00, Ser No G71C002SA10, (1) Toshiba A55-S106 15" Laptop, Ser No 85042788H; (1) Power Pack - Model #PA32824-1ACA, Ser No G71C002SA10; (1) Logitech Infra-red receiver for mouse, Ser No P/N 830990-0000, Mount Selman, TX, Edwards, Thomas Lynn, 07/14/06
**06-DEA-470714**, Austin Bank, Account #310001635, VL: $6,382.84, Bullard, TX, Goshorn, Connie Lee and Edwards, Thomas Lynn, 07/17/06
**NORTHERN DISTRICT OF TEXAS**
**06-DEA-470392**, 1998 Baja Sidewinder Boat with 1998 Magnum Trailer, Ser No AGC29076D898; (1) 1998 Baja Sidewinder Boat, Ser No AGC29076D898; (1) 1998 Magnum Trailer, Ser No 1V5AA2022W1343797, Dallas, TX, Orona, Gerardo, 06/29/06
**06-DEA-470753**, 2005 Cadillac Escalade, 3GYEK62NX5G107937, Fort Worth, TX, Munoz, Kelly Fernando, 07/18/06
**06-DEA-470883**, $17,087.00 U.S. Currency, Mesquite, TX, Sims, Bobby Lee, 07/11/06
**06-DEA-470995**, $29,511.00 U.S. Currency, Dallas, TX, Antunez Jr., Juan, 07/20/06
**06-DEA-471164**, $6,372.00 U.S. Currency, Tye, TX, Skinner, Melvin Ray, 07/16/06
**SOUTHERN DISTRICT OF TEXAS**
**06-DEA-469383**, $22,700.00 U.S. Currency, Refugio, TX, De Acosta, Maribel Carlos, 06/07/06
**06-DEA-469425**, $10,000.00 U.S. Currency, Refugio, TX, 1, A Juvenile, 06/07/06
**06-DEA-469429**, $8,000.00 U.S. Currency, Refugio, TX, 2, A Juvenile, 06/07/06
**06-DEA-469430**, $367.00 U.S. Currency, Refugio, TX, Nino, Jose Carmen, 06/07/06
**06-DEA-469432**, $300.00 U.S. Currency, Refugio, TX, Cedillo, Paulino Carlos, 06/07/06
**06-DEA-470107**, 1997 Ford F-150 Truck, 2FTEX08L0VCA91870, McAllen, TX, Torres-Arizmendi, Gustavo, 06/27/06
**06-DEA-470113**, 2001 Ford Focus, 1FAFP34P31W240856, McAllen, TX, Torres-Arizmendi, Gustavo, 06/27/06
**06-DEA-470116**, 1997 Buick Riviera, 1G4GD221XV4713844, McAllen, TX, Torres-Arizmendi, Gustavo, 06/27/06
**06-DEA-470127**, 1995 GMC Jimmy, 1GKDT13W2S2533347, McAllen, TX, Torres-Arizmendi, Gustavo, 06/27/06
**06-DEA-470199**, $20,081.00 U.S. Currency, Houston, TX, Prueninger, Carolyn, 06/28/06
**06-DEA-470249**, 1995 Chevrolet Suburban, 1GNEC16K4SJ325637, Laredo, TX, Jaimes-Velazquez, Gabriel, 07/08/06
**06-DEA-470441**, 2001 Nissan X-Terra, 5N1ED28T91C551558, Laredo, TX, Palacios-Adriano, Dulce, 06/27/06
**06-DEA-470450**, 1997 Ford Explorer, 1FMDU34X8VZA40596, Laredo, TX, Rodriguez, Veronica Amanda AKA Silva-Alvarez, Veronica, 07/07/06
**06-DEA-470564**, $69,022.00 U.S. Currency, Corpus Christi, TX, Devito, Robert, 07/14/06
**06-DEA-470600**, 1993 Chevrolet Suburban, 1GNEC16K7PJ370529, Falfurrias, TX, Sanchez-Rodriguez, Cesar, 07/07/06
**06-DEA-470655**, $10,000.00 U.S. Currency and 130 Mexican Pesos U.S., VL: $11.80, Freer, TX, Alaniz Jr., Norberto, 07/18/06
**06-DEA-470767**, 2001 Kenworth Tractor, IXKWDU9X21R874230, Freer, TX, Alaniz Jr., Norberto, 07/18/06
**06-DEA-470772**, Glock .40 Caliber Pistol, VL: $ 425.00, Ser No CAK777, Pharr, TX, Medina, Oscar, 07/13/06
**06-DEA-470796**, $213,930.00 U.S. Currency, San Juan, TX, Ponce, Julio and Amezcua-Aguirre, Francisco, 07/21/06
**06-DEA-470807**, $9,426.00 U.S. Currency, Alamo, TX, Balderas, Homer, 07/21/06
**06-DEA-471009**, 2001 Ford Winstar Wagon, 2FMZA51461BA19859, Santa, TX, Robles Jr., Adrian, 07/30/06
**WESTERN DISTRICT OF TEXAS**
**06-DEA-470692**, $209,330.00 U.S. Currency, Eagle Pass, TX, Garza, David Gregorio, 07/20/06
**06-DEA-470860**, $15,487.00 U.S. Currency, El Paso, TX, Enrique-Marin, Daniel Tomas, 07/19/06
**06-DEA-470861**, 2002 Chevrolet Avalanche Z66, 3GNEC13T52G138583, San Antonio, TX, Ramos, Joanna, 07/24/06
**06-DEA-470862**, $14,791.00 U.S. Currency, El Paso, TX, Cervantes-Conde, Evelio, 07/19/06
**WESTERN DISTRICT OF VIRGINIA**
**06-DEA-470671**, 2006 Suzuki GSX-R600, JS1GN7DA162106816, Roanoke, VA, Hardy, Randon Lemayr, 06/30/06
**06-DEA-470687**, $14,790.00 U.S. Currency, Rural Retreat, VA, Murphy, Damian Antonio AKA Murphy, Corey Antonio AKA Murphy, Corey Demetrius AKA Murphy, Corey, 07/19/06
**EASTERN DISTRICT OF WISCONSIN**
**06-DEA-470789**, $8,900.00 U.S. Currency, Milwaukee, WI, Harris, David, 07/25/06
**WESTERN DISTRICT OF WISCONSIN**
**06-DEA-470794**, $47,569.00 U.S. Currency, Madison, WI, Lowery, Robert, 07/14/06
**06-DEA-470962**, $2,755.00 U.S. Currency, Brodhead, WI, Roberson, Sherry K., 07/28/06
**06-DEA-470963**, 2000 Jeep Wrangler Sport, 1J4FA49SXYP726075, Brodhead, WI, Roberson, Sherry K., 07/28/06
**06-DEA-471016**, $7,300.00 U.S. Currency, Beloit, WI, Ryan, Chelsea, 07/31/06
**DISTRICT OF WYOMING**
**06-DEA-470956**, 2002 Acura MDX, 2HNYD18832H522850, Laramie, WY, Carroll, Robert Philip, 07/19/06

**SECOND NOTICE**
**LAST DATE TO FILE OCTOBER 12, 2006**

**06-DEA-470132**, $6,750.00 U.S. Currency, San Diego, CA, Ocean Beach Dispensary, 07/06/06
**06-DEA-470136**, $24,750.00 U.S. Currency, San Diego, CA, Harding, Stephen, 07/06/06
**06-DEA-470143**, $55,262.00 U.S. Currency, San Diego, CA, Verbanac, Stephen, 07/06/06
**06-DEA-470144**, $4,545.00 U.S. Currency, San Diego, CA, Holistic Healers AKA Green Room, 07/06/06
**06-DEA-470203**, $491.29 U.S. Currency, San Diego, CA, Utopia Dispensary, 07/06/06
**06-DEA-470204**, $906.00 U.S. Currency, San Diego, CA, Sullivan, John Thomas AKA Sullivan, Jonathan Thomas, 07/06/06
**06-DEA-470205**, $800.00 U.S. Currency, San Diego, CA, Hudson, Wayne Roark, 07/06/06
**06-DEA-470206**, $883.96 U.S. Currency, San Diego, CA, Co-op San Diego, 07/06/06
**06-DEA-470208**, $560.00 U.S. Currency, San Diego, CA, Hudson, Wayne Roark, 07/06/06
**06-DEA-470210**, $874.00 U.S. Currency, San Diego, CA, Legal Ease Inc., 07/06/06
**06-DEA-470258**, 2001 Audi A4 Quattro Sedan, WAUDC68D91A090874, San Diego, CA, Sheard, Christopher William, 07/06/06
**06-DEA-470261**, 2006 Ford F350 Truck, 1FTWW31PX6EA21987, San Diego, CA, Sullivan, John Thomas AKA Sullivan, Jonathan Thomas, 07/06/06
**06-DEA-470262**, 2005 BMW 330xi Sedan, WBAEW534X5PG12205, San Diego, CA, Hudson, Wayne Roark, 07/06/06
**06-DEA-470286**, Sundance Industries A-25 Handgun, VL: $40.00, Ser No 009409, San Diego, CA, Dhillon, Derek Singh, 06/27/06
**06-DEA-470322**, Strum, Ruger P90 Handgun, VL: $250.00, Ser No 66165221, San Diego, CA, Dhillon, Derek Singh, 06/27/06
**06-DEA-470327**, Marlin Firearms Model 60 Rifle, VL: $80.00, Ser No 19429586, San Diego, CA, Dhillon, Derek Singh, 06/27/06
**06-DEA-470332**, Smith and Wesson 469 Mini Handgun, VL: $370.00, Ser No TAD3897, National City, CA, Greiner, Luis Daniel, 07/10/06
**06-DEA-470371**, $8,200.00 U.S. Currency, Lemon Grove, CA, Jackson, Anthony, 07/13/06
**06-DEA-470373**, $13,180.00 U.S. Currency, San Diego, CA, Wade, Dustin, 07/13/06
**06-DEA-470429**, $3,549.00 U.S. Currency, San Diego, CA, Dorian, David Randel, 07/15/06
**06-DEA-470432**, $2,000.00 U.S. Currency, San Diego, CA, Dorian, David Randel, 07/16/06
**06-DEA-470443**, $7,227.00 U.S. Currency, San Diego, CA, Bjorstrom, Gary Lee, 07/12/06
**06-DEA-470456**, $4,987.00 U.S. Currency, San Diego, CA, Montoya-Jimenez, Williams, 07/14/06
**06-DEA-470457**, $4,400.00 U.S. Currency, San Diego, CA, Hernandez-Marcial, Antonio, 07/14/06
**06-DEA-470459**, $1,788.00 U.S. Currency, San Diego, CA, Montoya-Jimenez, Williams and Hernandez-Marcial, Antonio, 07/14/06
**DISTRICT OF COLORADO**
**06-DEA-469740**, $3,500.00 U.S. Currency, Fort Collins, CO, Whittington, Matthew, 06/21/06
**06-DEA-469751**, $6,000.00 U.S. Currency, Fort Collins, CO, Whittington, Matthew, 06/21/06
**06-DEA-470224**, 2000 Ford F-150 Pick-up, 1FTRX17L5YNA14547, Clear Creek County, CO, Hernandez, Omar Aguirre, 06/29/06
**06-DEA-470527**, $8,400.00 U.S. Currency, Boulder, CO, Richey, David Edward, 07/07/06
**06-DEA-470569**, 2004 Nissan 350Z, JN1AZ34E44T063904, Lakewood, CO, Treadway, Kevin L., 07/14/06
**06-DEA-470574**, 2005 Toyota Tacoma Pickup, 5TEUU42N35Z029473, Lakewood, CO, Treadway, Kevin L., 07/14/06
**06-DEA-470582**, $21,413.00 U.S. Currency, Lakewood, CO, Treadway, Kevin L., 07/14/06
**06-DEA-470588**, Hydroponic Marijuana Cultivation Equipment, VL: $10,975.00, (1) Fourteen metal hoods with high wattage bulbs; (1) Fourteen ballast; (1) Three can filters; (1) 12 track light systems; (1) Five electric fans/blowers; (1) One stand fan; (1) Fifteen timers; (1) One "can fan"; (1) One electric dryer; (1) One electric space heater; (1) One Lasko ceramic heater; (1) Miscellaneous Equipment, Lakewood, CO, Treadway, Kevin L., 07/14/06
**DISTRICT OF CONNECTICUT**
**06-DEA-470646**, 1998 Subaru Forester, JF1SF6550WH766812, Stratford, CT, Cruz-Pagan, Ivan, 07/18/06
**DISTRICT OF COLUMBIA**
**06-DEA-470596**, $2,000.00 U.S. Currency, Washington, DC, Holroyd, Antonio Charles, 07/05/06
**06-DEA-470599**, $4,238.00 U.S. Currency, Washington, DC, Weems, Vincent A., 07/05/06
**06-DEA-470603**, $2,477.00 U.S. Currency, Washington, DC, Bryant, Antonio Lee AKA Bryant, Antonio AKA Bryant, Antonio Le AKA Bryant, Antonio L., 07/05/06
**DISTRICT OF DELAWARE**
**06-DEA-470385**, $24,599.00 U.S. Currency, Newark, DE, Owens, Shongo Lecarr, 07/19/06
**MIDDLE DISTRICT OF FLORIDA**
**06-DEA-470668**, $9,860.00 U.S. Currency, Orlando, FL, Escalante, Angela, 07/13/06
**06-DEA-470670**, $50,000.00 U.S. Currency, Ocoee, FL, Escalante, Angela, 07/16/06
**SOUTHERN DISTRICT OF FLORIDA**
**06-DEA-469320**, $99,480.00 U.S. Currency, North Miami Beach, FL, Guzman, Jose Alexander, 06/14/06
**06-DEA-470054**, $126,315.74 U.S. Currency, Miramar, FL, Lavalliere, Richard and Tanelus, Monique, 07/05/06
**06-DEA-470427**, $4,769.00 U.S. Currency, Greenacres, FL, Lowen, Ryan, 06/30/06
**06-DEA-470437**, $4,676.00 U.S. Currency, Greenacres, FL, Ochoa, David, 06/30/06
**06-DEA-470439**, Remington 870 Pump Action 12 Gauge Shotgun, VL: $1.00, Ser No AB101295A, Greenacres, FL, Lowen, Ryan, 06/30/06
**06-DEA-470442**, Davis Industries .22 Caliber Derringer, VL: $1.00, Ser No 033061, Greenacres, FL, Lowen, Ryan, 06/30/06
**06-DEA-470445**, Smith and Wesson Model 66 .357 Revolver, VL: $1.00, Ser No 74K1351, Greenacres, FL, Ochoa, David, 06/30/06
**06-DEA-470649**, $89,300.00 U.S. Currency, Delray Beach, FL, Valle, Savino Tapia, 07/07/06
**06-DEA-470762**, 1996 Chevrolet 1500 Pickup Truck, 2GCEC19M1T1182227, Greenacres, FL, Singletary, Christopher, 07/05/06
**MIDDLE DISTRICT OF GEORGIA**
**06-DEA-469968**, 1999 Volkswagen Beetle, 3VWBA21C2XM466978, Valdosta, GA, Garcia, Jorge Luis, 06/19/06
**NORTHERN DISTRICT OF GEORGIA**
**06-DEA-470189**, $14,000.00 U.S. Currency, Decatur, GA, Fikes, Larry John and Carter, Dion Andrew and Woods Jr., Martin Tyronne, 07/05/06
**06-DEA-470342**, $6,000.00 U.S. Currency, Decatur, GA, Woods Jr., Martin Tyronne, 07/11/06
**06-DEA-470635**, $1,166.00 U.S. Currency, Atlanta, GA, Ferrell, Anthony, 07/18/06
**06-DEA-470658**, $2,391.00 U.S. Currency, Atlanta, GA, Fountain... Avier and Boyd, Martavious...
**06-DEA-470682**, $28,700.0... Blanca Azucenda AKA Suzy...
**SOUTHERN DISTRICT OF ...**
**06-DEA-470301**, $16,800.0... Jr., Willie John, 06/25/06
**06-DEA-470633**, $86,352.0... McCaghren, Brandon Keith, ...
**DISTRICT OF HAWAII**
**06-DEA-470696**, $995.93 U... Rhonda, 07/13/06
**06-DEA-470697**, $13,411.0... Rhonda and Generalao, Ru...
**06-DEA-470900**, $7,019.00 U... Joseph and Marshall, ...

McKinney, Jimmie Darrell, 06/21/06
**EASTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-470660**, $15,280.00 U.S. Currency, Smithfield, N... Brandon Alan, 07/20/06
**MIDDLE DISTRICT OF NORTH CAROLINA**
**06-DEA-470003**, $3,025.00 U.S. Currency, Winston Sale... Pinkney Jr., Kenneth Lamont, 07/05/06
**06-DEA-470004**, $15,180.00 U.S. Currency, Winston Sal... Pinkney Jr., Kenneth Lamont, 07/05/06
**06-DEA-470614**, $7,923.00 U.S. Currency, Burlington, NC... Juvenile, 07/18/06
**06-DEA-470659**, $6,620.06 U.S. Currency, Winston Sale... Carter, Maurice Antwan, 07/20/06
**06-DEA-470734**, 1999 Lexus RX 300, JT6HF10U0X0083... Winston Salem, NC, Spivey, Jessica Michelle and Blackbu... Robin Revis Blackburn, 07/10/06
**WESTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-470685**, $9,940.00 U.S. Currency, Asheville, NC, ... Glen Alan, 07/21/06
**DISTRICT OF NEBRASKA**
**06-DEA-470365**, 2000 Acura 3.2TL, 19UUA567XYA05237... Douglas County, NE, Mendoza-Gonzalez, Rigoberto and Mendoza-Gonzalez, Jaime, 06/30/06
**06-DEA-470372**, $2,010.00 U.S. Currency, Nemaha Coun... Brown, Dion, 07/14/06
**06-DEA-470455**, $13,900.18 U.S. Currency, Omaha, NE, ... Hilario, 06/29/06
**06-DEA-470597**, $1,460.00 U.S. Currency, Wakefield, NE, ... Sanchez, Jose and Montejano-Lopez Javier, 06/22/06
**DISTRICT OF NEW HAMPSHIRE**
**06-DEA-469995**, $2,040.68 U.S. Currency, Gonic, NH, He... Douglas, 06/30/06
**06-DEA-470066**, $60,096.00 U.S. Currency, Manchester, N... Shaw, Kristin and Innes, Andrew 07/06/06
**06-DEA-470706**, $4,525.00 U.S. Currency, Epping, NH, Su... Herbert, 07/24/06
**DISTRICT OF NEW JERSEY**
**06-DEA-469647**, 2001 Toyota Sequoia, 5TDBT48A21S047... Hackensack, NJ, Morfin-Ramirez, Arnoldo, 06/17/06
**06-DEA-470101**, 2005 Fores Georgetown 33 RV, 1F6NF53S440A07699, Teaneck, NJ, Aguilar, Eduardo, 06/1...
**DISTRICT OF NEW MEXICO**
**06-DEA-470214**, $8,000.00 U.S. Currency, Las Cruces, NM... Stallings Jr., Brett Antone, 06/24/06
**06-DEA-470363**, $2,722.00 U.S. Currency, Las Cruces, NM... Garcia-Gonzalez, Luis Antonio, 07/12/06
**06-DEA-470684**, $1,743.00 U.S. Currency, Albuquerque, N... Placencia, Natividad and Rios, Corinne, 07/07/06
**06-DEA-470695**, $19,069.00 U.S. Currency, Albuquerque, ... Aispuro, Antonio AKA Jose Reyes-Zavala AKA Nico, 07/17/...
**06-DEA-470712**, 2001 Ford Focus, 1FABP33321W240084, ... Cruces, NM, Aguilar-Perez, Juan, 07/16/06
**06-DEA-470750**, $42,540.00 U.S. Currency, Albuquerque, ... Molina, Adan J., 07/24/06
**06-DEA-470858**, $2,616.00 U.S. Currency, Alamogordo, NM... Garcia-Marquez, Arturo, 07/22/06
**EASTERN DISTRICT OF NEW YORK**
**06-DEA-469806**, $2,315.00 U.S. Currency, Woodside, NY, ... Octavio Elias, 06/22/06
**06-DEA-470410**, $6,230.00 U.S. Currency, Mastic, NY, Glennerster, William J., 07/05/06
**NORTHERN DISTRICT OF NEW YORK**
**06-DEA-470225**, $6,668.00 U.S. Currency, High Falls, NY, J... John, 07/06/06
**06-DEA-470242**, $3,179.00 U.S. Currency, Kingston, NY, B... David, 06/30/06
**06-DEA-470248**, $26,406.59 U.S. Currency, Albany, NY, VanZutphen, Bridget, 06/30/06
**06-DEA-470268**, $120,000.00 U.S. Currency, Utica, NY, Tu... Edward R., 07/03/06
**06-DEA-470271**, $6,196.76 U.S. Currency, Utica, NY, Tucke... Edward R., 07/02/06
**06-DEA-470273**, $6,001.00 U.S. Currency, Utica, NY, Heiss... Katerina, 07/02/06
**06-DEA-470276**, (8) Western Union Money Orders, VL: $8,0... Blank Western Union Money Order Ser Nos 08-503061577; ... 503061578; 08-178504697; 08-178504698; 08-466077331; ... 466077332; 08-526977202; 08-526977203, Utica, NY, Tucke... Edward R., 07/03/06
**06-DEA-470336**, $48,510.00 U.S. Currency, Rome, NY, Tuc... Theresa, 07/07/06
**06-DEA-470339**, (116) Assorted Money Orders, VL: $105,5... Blank Western Union Money Order Ser Nos 08-495812871; ... 495812874; 08-495812867; 08-495812869; 08-495812868; ... 495812873; 08-495812870; 08-526977196; 08-526977197; ... 526977198; 08-526977199; 08-526977195; 08-526977193; ... 526977194; 08-408901896; 08-408901897; 08-408901895; ... 530449208; 08-530449209; 08-530449211; 08-530449210; ... 530449212; 08-530449213; 08-530449214; 08-521974130; ... 521974129; 08-521974128; 08-408901894; 08-408901893; ... 408901899; 08-408901898; 08-503061557; 08-503061556; ... 550126858; 08-550126859; 08-503061558; 08-503061559; ... 550126870; 08-550126862; 08-550126863; 08-550126864; ... 550126865; 08-550126866; 08-550126868; 08-550126869; ... 408901905; 08-408901900; 08-408901901; 08-408901902; ... 408901903; 08-408901904; 08-408901907; 08-408901906; ... 408901908; 08-503061570; 08-503061569; 08-503061568; ... 503061565; 08-503061567; 08-503061566; 08-503061562; ... 503061564; 08-503061563; 08-503061571; 08-503061572; ... 503061552; 08-503061573; 08-466077316; 08-466077314; ... 466077324; 08-466077323; 08-466077317; 08-466077318; ... 466077322; 08-550126842; 08-550126837; 08-550126838; ... 550126839; 08-550126840; 08-550126846; 08-550126847; ... 408901890; 08-408901889; 08-550126835; 08-550126836; ... 466077326; 08-466077325; 08-466077321; 08-466077320; ... 466077319; 08-466077311; 08-466077312; 08-466077313; ... 466077315; 08-503061553; 08-466077310; 08-178504690; ... 466077309; 08-178504692; 08-178504691; 08-550126845; ... 550126844; 08-550126841; 08-550126843; (12) Blank MoneyGram Money Order Ser Nos 7-7576952295; 7-75769... 7-7576952372; 7-7576952361; 7-7576952317; 7-757695232... 7576952350; 7-7576952339; 7-7576952340; 7-7576952306; ... 55253042636; 55253042647, Rome, NY, Tucker, Theresa, 07/07/06
**06-DEA-470378**, 1999 Toyota Tacoma, 4TAPM62N7XZ4198... High Falls, NY, Juranic, John, 07/06/06
**06-DEA-470398**, $3,247.00 U.S. Currency, Town of Salina, ... Millard Jr., Kenneth R., 07/05/06
**06-DEA-470404**, 2005 Chevrolet Trailblazer LT, 1GNDT13S552370844, Rome, NY, Tucker, Theresa M., 07/0...
**06-DEA-470405**, 2000 Chevrolet Tahoe LS, 1GNEK13T7YJ177315, Rome, NY, Tucker, Theresa M., 07/0...
**06-DEA-470586**, First Niagara Bank, Account# 7259001522... $2,344.47, Lockport, NY, Inside Outside Home Improvement, ... 07/07/06
**06-DEA-470589**, Americu Credit Union, Account# 00005139... VL: $4,974.74, Rome, NY, Tucker, Edward R., 07/10/06
**06-DEA-470593**, Bank of America, Account# 4353278970, V... $4,250.44, Utica, NY, Tucker, Edward R., 07/07/06
**06-DEA-470601**, 2005 Dodge Ram 3500 Pickup Truck, #3D7MS48C25G820008, Salina, NY, Beauvais, Jonel, 07/12...
**06-DEA-470702**, $4,420.00 U.S. Currency, ...

**Exhibit 8**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

MONDAY, SEPTEMBER 11, 2006

**Exhibit 8**

USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

◈ PUBLIC NOTICES ◈

# LEGAL NOTICE
## ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition, the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C. Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(f), a claimant may request, pursuant to Section 983(f), release of the seized Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants.

FIRST NOTICE
LAST DATE TO FILE OCTOBER 26, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

[The remainder of the page consists of multiple dense columns of forfeiture listings organized under district headings, including:]

DISTRICT OF ALASKA
MIDDLE DISTRICT OF ALABAMA
EASTERN DISTRICT OF ARKANSAS
DISTRICT OF ARIZONA
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF CALIFORNIA
WESTERN DISTRICT OF MICHIGAN
DISTRICT OF MINNESOTA
SOUTHERN DISTRICT OF MISSISSIPPI
DISTRICT OF MONTANA
EASTERN DISTRICT OF NORTH CAROLINA
MIDDLE DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT OF NORTH CAROLINA
DISTRICT OF NEBRASKA
WESTERN DISTRICT OF TEXAS
WESTERN DISTRICT OF WASHINGTON
WESTERN DISTRICT OF MICHIGAN
WESTERN DISTRICT OF WISCONSIN
SECOND NOTICE
LAST DATE TO FILE OCTOBER 20, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED
DISTRICT OF ALASKA
NORTHERN DISTRICT OF ALABAMA
DISTRICT OF ARIZONA
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF CALIFORNIA
SOUTHERN DISTRICT OF ILLINOIS
SOUTHERN DISTRICT OF INDIANA
SOUTHERN DISTRICT OF INDIANA
EASTERN DISTRICT OF KANSAS
EASTERN DISTRICT OF KENTUCKY
WESTERN DISTRICT OF KENTUCKY
EASTERN DISTRICT OF LOUISIANA
DISTRICT OF MARYLAND
EASTERN DISTRICT OF MISSOURI
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT OF NEW YORK
NORTHERN DISTRICT OF OHIO
SOUTHERN DISTRICT OF OHIO

**DISTRICT OF COLORADO**

**DISTRICT OF CONNECTICUT**

**DISTRICT OF DELAWARE**

**MIDDLE DISTRICT OF FLORIDA**

**SOUTHERN DISTRICT OF FLORIDA**

**MIDDLE DISTRICT OF GEORGIA**

**NORTHERN DISTRICT OF OHIO**

**DISTRICT OF OREGON**

**MIDDLE DISTRICT OF GEORGIA**

**NORTHERN DISTRICT OF GEORGIA**

**EASTERN DISTRICT OF PENNSYLVANIA**

**DISTRICT OF PUERTO RICO**

**DISTRICT OF RHODE ISLAND**

**EASTERN DISTRICT OF TEXAS**

**NORTHERN DISTRICT OF TEXAS**

**SOUTHERN DISTRICT OF TEXAS**

**DISTRICT OF HAWAII**

**CENTRAL DISTRICT OF ILLINOIS**

**NORTHERN DISTRICT OF INDIANA**

**SOUTHERN DISTRICT OF INDIANA**

**DISTRICT OF KANSAS**

**EASTERN DISTRICT OF LOUISIANA**

**DISTRICT OF MASSACHUSETTS**

**DISTRICT OF MARYLAND**

**DISTRICT OF NEW MEXICO**

**DISTRICT OF NEVADA**

**EASTERN DISTRICT OF NEW YORK**

**NORTHERN DISTRICT OF NEW YORK**

**SOUTHERN DISTRICT OF NEW YORK**

**NORTHERN DISTRICT OF CALIFORNIA**

**SOUTHERN DISTRICT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA**

**MIDDLE DISTRICT OF NORTH CAROLINA**

**EASTERN DISTRICT OF NORTH CAROLINA**

**WESTERN DISTRICT OF NORTH CAROLINA**

**DISTRICT OF NEBRASKA**

**DISTRICT OF NEW MEXICO**

**DISTRICT OF COLORADO**

**DISTRICT OF CONNECTICUT**

**DISTRICT OF COLUMBIA**

**MIDDLE DISTRICT OF FLORIDA**

**SOUTHERN DISTRICT OF FLORIDA**

**NORTHERN DISTRICT OF TEXAS**

**EASTERN DISTRICT OF NEW YORK**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**WESTERN DISTRICT OF PENNSYLVANIA**

**DISTRICT OF SOUTH CAROLINA**

**EASTERN DISTRICT OF TENNESSEE**

**MIDDLE DISTRICT OF TENNESSEE**

**EASTERN DISTRICT OF TEXAS**

**SOUTHERN DISTRICT OF TEXAS**

**WESTERN DISTRICT OF TEXAS**

**WESTERN DISTRICT OF VIRGINIA**

**Exhibit 8**

USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

**Exhibit 8**
USA v. $21,600 in U.S. Currency...,
Civil Action No. 07-00580 (EGS)

MONDAY, SEPTEMBER 18, 2006

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, Uni
remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs
Correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson D
the Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may reques
Asset Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing

**FIRST NOTICE**
**LAST DATE TO FILE NOVEMBER 2, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**SOUTHERN DISTRICT OF ALABAMA**
**06-DEA-471376,** $1,983.92 U.S. Currency, Mobile, AL, Adams, Marvin L., 08/03/06
**DISTRICT OF ARIZONA**
**06-DEA-470545,** $15,086.00 U.S. Currency, Holbrook, AZ, Hunton, Brandon Joel, 07/18/06
**06-DEA-471286,** Hi-Point 9mm Model C9 Semi-Automatic Pistol, Ser No P149819, VL: $55.00, Phoenix, AZ, Mesa-Torres, Carlos AKA Sanchez, Carlos AKA Lopez, Juan, 08/02/06
**06-DEA-471429,** $1,865.00 U.S. Currency, Holbrook, AZ, Havens, Aaron Robert, 07/18/06
**06-DEA-471469,** Financial Instrument in lieu of Wells Fargo Bank, Account #1659201790, VL: $11,010.85, Tucson, AZ, Huerta, Hortencia, 07/27/06
**06-DEA-471488,** Financial Instrument in lieu of Wells Fargo Bank, Account #1101313631, VL: $20,190.75, Tucson, AZ, Huerta, Hortencia, 07/27/06
**CENTRAL DISTRICT OF CALIFORNIA**
**06-DEA-470089,** Assorted Jewelry, VL: $125,100.00, (1) Platinum diamond ring, 13.30 cts. bezel set round diamonds princess cut; (1) Ladies 18 kt. white gold diamond engagement ring, 10.20 cts princess cut, Santa Ana, CA, Harbin, Bruce A., 06/30/06
**06-DEA-471281,** $5,534.00 U.S. Currency, Los Angeles, CA, Perez, Donato, 07/31/06
**EASTERN DISTRICT OF CALIFORNIA**
**06-DEA-471225,** $6,634.00 U.S. Currency, Stockton, CA, Torres, Rigoberto Perez AKA Garcia, Julio Cesar and Vazquez, Gricelda, 07/26/06
**06-DEA-471465,** $73,000.00 U.S. Currency, Fresno, CA, Marin Jr., Francisco AKA Marin, Francisco AKA Marin, Francisco Lopez AKA Marin, Frank and Guzman, Jose Macario, 08/09/06
**06-DEA-471729,** $2,441.00 U.S. Currency, Stockton, CA, Lewis, Lanier Altherman, 08/04/06
**SOUTHERN DISTRICT OF CALIFORNIA**
**06-DEA-471067,** $14,578.00 U.S. Currency, Lemon Grove, CA, Kolasz, Thomas Edward and Lehn, Leanne, 08/01/06
**06-DEA-471151,** 2001 Ford F150 1500 Pickup Truck, 1FTRX18L41KE53678, Winterhaven, CA, Ortiz, George Anthony, 07/15/06
**06-DEA-471166,** 2000 Chevrolet Silverado 2500 Pickup Truck, 1GCGK29U8YE363901, Winterhaven, CA, Valenzuela, Carlos Benjamin, 07/15/06
**06-DEA-471171,** 2006 Special Construction Dune Buggy Sandrail/ATV, 123ALEXISGONZALEZ, Winterhaven, CA, Valenzuela, Carlos Benjamin, 07/15/06
**06-DEA-471180,** 2001 Chevrolet Silverado 1500 Pickup Truck, 1GCEK19T51E121467, Winterhaven, CA, Juarez, Trinidad Omar, 07/15/06
**06-DEA-471182,** 2006 Kawasaki Utility/ATV Mule 3010 Trans 4x4 / Engine #FD620DE401665, JK1AFCK166B506272, Winterhaven, CA, Juarez, Trinidad Omar, 07/15/06
**06-DEA-471238,** 2003 Toyota Corolla Sedan, 1NXBR32E83Z099622, Chula Vista, CA, Medina-Romero, Marco, 07/21/06
**06-DEA-471319,** $510.00 U.S. Currency, La Jolla, CA, Abdul-Jalil, Ahmad Mustapha, 07/06/06
**06-DEA-471320,** $96.00 U.S. Currency, La Jolla, CA, California Medical Center, 07/06/06
**06-DEA-471737,** 2006 Paraz-Tex (PTI) Carrier Trailer, 4ZBSU21677F006177, Winterhaven, CA, Valenzuela, Carlos Benjamin, 07/15/06
**06-DEA-472012,** 2006 SPCNS Utility Trailer, CA1000911, Winterhaven, CA, Ortiz, George Anthony, 07/15/06
**DISTRICT OF COLORADO**
**06-DEA-470975,** NorthStar Generator, VL: $3,574.96, (1) NorthStar Generator (20 HP, 13,000 Watt, Trifuel); (1) NorthStar Generator Wheel Kit; (1) 12 Volt Generator Battery; (1) Reliance 50 Amp Generator Power Cord, Lakewood, CO, Treadway, Kevin, 07/14/06
**06-DEA-471062,** 2005 Toyota Tacoma Truck, 5TELU42N25Z119970, Aurora, CO, Garcia-Sanchez, Jose Antonio AKA Herrera, Alex, 08/02/06
**06-DEA-471087,** $7,800.00 U.S. Currency, Loveland, CO, Ramis, Ronald, 07/21/06
**06-DEA-471094,** $2,048.00 U.S. Currency, Loveland, CO, Ramis, Ronald, 07/21/06
**06-DEA-471179,** $21,200.00 U.S. Currency, Aurora, CO, McGee-Wake, Patricia, 08/02/06
**06-DEA-471192,** $26,473.00 U.S. Currency, Federal Heights, CO, Hernandez, Rose G., 07/31/06
**DISTRICT OF COLUMBIA**
**06-DEA-470949,** $4,500.00 U.S. Currency, Washington, DC, Jones, Antwan D. AKA Antwan, Jones AKA Jones, Antonio AKA Jones, Antwan Delonte AKA Jones, Anwan Delonte, 07/26/06
**06-DEA-470967,** $26,240.00 U.S. Currency, Washington, DC, Bailey, Christopher, 07/18/06
**06-DEA-471119,** $4,600.00 U.S. Currency, Washington, DC, Shire, Dahir Abdulle, 07/26/06
**06-DEA-471323,** $2,524.00 U.S. Currency, Washington, DC, Jones, Antwan D. AKA Antwan, Jones AKA Jones, Antonio AKA Jones, Antwan Delonte AKA Jones, Anwan Delonte, 07/26/06
**MIDDLE DISTRICT OF FLORIDA**
**05-DEA-452803,** $10,000.00 U.S. Currency, Brandon, [illegible]

Stones; (1) 18kt Lady's White Gold Chain and Pendant w/ 4 Sq.; (1) 18kt Lady's White Gold Chain and Pendant w/ (1) Oval; (1) 18kt Lady's White Gold Chain & Pendant w/ 10 Round; (1) 18kt Lady's Yellow Gold Bismark Chian With Pendant; (1) Lady's Yellow Gold Filled Tri Color Circles; (1) 18kt Lady's Yellow Gold Toilet Chain and Cross; (1) 18kt Lady's Yellow Gold Fancy Link Chain w/ 90 Ful; (1) 18kt Lady's White Gold Fancy Link Chain, Length 24; (1) 18kt Lady's White Gold Link Chain, Length 19.5"; (1) 18kt Lady's Two Tone Gold Link X and Bar Bracelet; (1) 18kt Lady's Yellow Gold Tennis Bracelet w/ 60 Roun; (1) 18kt Lady's White Gold Bracelet W/ 25 Round Cut Di; (1) 18kt Lady's White Gold Bracelet w/ 39 Round Cut Di; (1) 18kt Lady's Two Tone Gold Ring w/ 1 Round Cut Diam; (1) 18kt Gent's Yellow Gold ID Bracelet Engraved w/ na; (1) 18kt Gent's Yellow Gold ID Bracelet Engrave w/ Nam; (1) 18kt Lady's White Gold Earrings w/ 76 Round Cut Di; (1) 18kt Lady's White Gold Cross w/ 6 Baguette Diamond; (1) 18kt Lady's White Gold Cross w/ 11 Round Cut Diamonds; (1) 18kt Lady's White Gold Wedding Band w/ 50 Round Cu; (1) 18kt Lady's White Gold Band, Center Stone Missing, ; (1) 18kt Lady's Yellow Gold Huggys w/ 18 Round Cut Dia; (1) 18kt Lady's Yellow Gold Wedding Band w/ 29 Round C; (1) 18kt Lady's Two Tone Gold Bracelet w/ 9 Round Cut; (1) 10kt Lady's Yellow Gold Ring; (1) Lady's Pendant Black & Glass Stones; (1) 18kt Lady's Yellow Gold St. Mary Charm; (1) 18kt Lady's Yellow Gold Ring w/ 2 Pear Shape Facet; (1) 18kt Lady's Yellow & White Gold Pendant Slide Cros; (1) 18kt Lady's White Gold Wrap Wedding Band w/ 7 Full; (1) 18kt Lady's White Gold Ring w/ 7 Round Full Cut Di; (1) 18kt Lady's White Gold Ring w/1 Marquise Cut Blue; (1) 18kt Lady's Yellow Gold Ring w/1 Oval Cabochon Eme; (1) 18kt Lady's Yellow Gold Ring w/ 4 Emerald Cut Emer; (1) 18kt Lady's Two Tone Gold Necklace w/ 18 Sq. Step; (1) 18kt Lady's Yellow Gold Earrings w/ 2 Pear Shape F; (1) 18kt Lady's Yellow Gold Earrings w/ 2 Full Cut Dia; (1) 18kt Lady's Yellow Gold Earrings w/ 24 Single Cut; (1) 18kt Lady's Two Tone Gold Hollow Bangle Bracelets; (1) 18kt Lady's Yellow Gold Chain, Length 16.5"; (1) 18kt Lady's White Gold Box Chain w/ 1 Marquise Sap; (1) 18kt Lady's White Gold Box Chain, Length 15", Sunrise, FL, Rayo-Orozco, Isaura and Orozco-Gil, Sandra, 05/18/06
**06-DEA-471303,** $4,837.35 U.S. Currency, Ft. Lauderdale, FL, Toomer, Dwayne Arnett, 07/17/06
**06-DEA-471474,** $4,660.00 U.S. Currency, Davie, FL, Brizan, Wayne Anthony AKA Brizan, Mark AKA James, Cornelius, 07/28/06
**06-DEA-471494,** $15,000.00 U.S. Currency, Davie, FL, Brizan, Wayne Anthony AKA Brizan, Mark AKA James, Cornelius, 07/28/06
**MIDDLE DISTRICT OF GEORGIA**
**06-DEA-471072,** $2,444.00 U.S. Currency, Columbus, GA, Kitchen, Javan Michael, 08/02/06
**06-DEA-471292,** $19,500.00 U.S. Currency, Valdosta, GA, Palacios, Marcos Rueda, 07/28/06
**NORTHERN DISTRICT OF GEORGIA**
**06-DEA-471048,** 2000 Ford Taurus, 1FAFP55U2YA107044, Alpharetta, GA, Cardenas, Angel Pineda, 07/13/06
**06-DEA-471314,** 2004 Ford F150, 1FTPW14594KB15764, Alpharetta, GA, Ochoa-Rojas, Christian Alfredo, 07/13/06
**06-DEA-471411,** $9,244.00 U.S. Currency, Riverdale, GA, Charles Jr., Robert and Crawford, Eardell, 08/11/06
**06-DEA-471479,** $3,135.00 U.S. Currency, Atlanta, GA, Winfrey, Timothy Bernard, 08/07/06
**06-DEA-471542,** $5,000.00 U.S. Currency, Marietta, GA, Diaz, Manuel Antonio Bercovich, 07/25/06
**06-DEA-471587,** $3,384.01 U.S. Currency, Marietta, GA, Diaz, Manuel Antonio Bercovich, 07/25/06
**06-DEA-471684,** $1,250.00 U.S. Currency, Marietta, GA, Tejeda, Patricio Martin Careaga, 07/25/06
**06-DEA-471689,** 1998 Jayco Designer RV, 1FDXE40S6WHA11535, Marietta, GA, Diaz, Manuel Antonio Bercovich, 07/25/06
**CENTRAL DISTRICT OF ILLINOIS**
**06-DEA-471300,** 1998 Lexus LS400 Sedan, JT8BH28F3W0128360, Springfield, IL, Harris, Spencer H., 07/06/06
**EASTERN DISTRICT OF KENTUCKY**
**06-DEA-470798,** $7,434.00 U.S. Currency, London, KY, Kennedy Jr., Freddy B. AKA Kennedy, Tom, 07/15/06
**06-DEA-471263,** $45,100.00 U.S. Currency, Lexington, KY, Tipton, Ricky Lin AKA Tipton, R. T. AKA Tipton, Ricky AKA Tipton, Ricky L. AKA Tipton, Ricky Lee, 07/27/06
**06-DEA-471525,** Assorted Farm Equipment, VL: $60,800.00, (1) Shanghai Industrial 395-AD-1 Diesel Generater, Ser No 0102913/24; (16) Deka Pro Master SL-16 Deep Cycle Batteries; (1), Koyker 160 4x4 Diesel Tractor, Ser No 034126; (1) Wallace 5 Foot Bush-Hog; (1) Advance Pacific Tank Co. 100 Gallon Generater Fuel Tank; (1) Red Lion Big Cat Cement Mixer, Ser No 2503; (1), 12 Foot Flatbed Trailer w/Dump-Bed; (1) Flatbed Single Axle 10 Foot Dump Trailer; (1) Shanghai Generator, Ser No 010200; (1) Generac 7500 EXL Generator, Ser No 1008343900; (1) Fold Down Tandem Axle Ramp Trailer, Frankfort, KY, The Estate of Sewell, Kenneth, 08/11/06
**WESTERN DISTRICT OF KENTUCKY**

**06-DEA-471559,** $1,630.00 U.S. Currency, Tupelo, MS, Hernandez, Marco Antonio, 07/19/06
**EASTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-471279,** $12,000.00 U.S. Currency, Lumberton, NC, Locklear, Steven, 07/12/06
**06-DEA-471291,** $38,000.00 U.S. Currency, Smithfield, NC, A Juvenile c/o Suriel, Ramon A., 08/08/06
**06-DEA-471294,** 2000 BMW 740I, WBAGH8347YDP14293, Smithfield, NC, Suriel, Ramon A., 08/08/06
**06-DEA-471390,** $474,785.00 U.S. Currency, Morrisville, NC, Flores-Sanchez, Susano and Flores-Sanchez, Leoncio and Pineda-Ochoa, Oliver, 08/02/06
**06-DEA-471394,** 1998 Ford Explorer, 1FMZU34E5WUC27913, Morrisville, NC, Flores-Sanchez, Susano, 08/02/06
**06-DEA-471462,** $9,683.00 U.S. Currency, Wilmington, NC, Nixon, Patrick Alfred, 08/10/06
**06-DEA-471466,** $9,280.00 U.S. Currency, Rowland, NC, Turrubiates, Salvador Mata, 08/10/06
**06-DEA-471482,** $9,676.00 U.S. Currency, Rowland, NC, Delgado, Francisco, 08/10/06
**06-DEA-471485,** $9,828.00 U.S. Currency, Rowland, NC, Serrano, Gregorio, 08/10/06
**06-DEA-471515,** $21,780.00 U.S. Currency, Wilson, NC, Godbey, Jimmie Allen, 07/14/06
**06-DEA-471541,** $3,010.00 U.S. Currency, Rowland, NC, Flores, Carlos Colin, 08/09/06
**06-DEA-471598,** $3,087.00 U.S. Currency, Wilmington, NC, Hobbs, Edmond, 08/10/06
**06-DEA-471623,** 1995 Honda Accord LX, 1HGCD5630SA141844, Morrisville, NC, Ochoa, Oliver Pineda, 08/02/06
**MIDDLE DISTRICT OF NORTH CAROLINA**
**06-DEA-471114,** Wachovia Bank, Cashiers Check #314586422, VL: $15,000.00, Mount Airy, NC, Tobler Sr., Weldon and Tobler, Frances, 07/26/06
**06-DEA-471217,** $18,000.00 U.S. Currency, Greensboro, NC, Campbell, Marvin D. and Oakley, Wayne G. and Daniel, Jaydan M., 07/31/06
**06-DEA-471287,** $6,006.00 U.S. Currency, Durham, NC, Ruiz, Dianna Kay, 08/04/06
**06-DEA-471357,** $40,995.00 U.S. Currency, Salisbury, NC, Lopez, Alejandro Chavez AKA Chavez, Alejandro Lopez, 08/10/06
**06-DEA-471391,** $2,043.00 U.S. Currency, Winston Salem, NC, Cuthrell, Valmark Rennard, 08/09/06
**06-DEA-471681,** $3,130.00 U.S. Currency, Greensboro, NC, Spinks, Octavius Cornelius, 08/17/06
**06-DEA-471687,** $12,520.00 U.S. Currency, Greensboro, NC, Spinks, Octavius Cornelius, 08/17/06
**06-DEA-471806,** .41 Magnum Desert Eagle Pistol, Ser No 70885-S, VL: $390.00, Winston Salem, NC, Steele, Dennis Raynard, 06/29/06
**WESTERN DISTRICT OF NORTH CAROLINA**
**06-DEA-471208,** $178,383.00 U.S. Currency, Mars Hill, NC, Ketzenberger, Noah Brent, 08/04/06
**06-DEA-471272,** $3,290.00 U.S. Currency, Franklin, NC, Dodge, Sarah Beth Simons, 08/08/06
**06-DEA-471630,** $2,110.00 U.S. Currency, Morganton, NC, Montgomery, Nykeira Diashauna, 08/15/06
**06-DEA-471685,** 2001 Chrysler 300M, 2C3AE66G21H537791, Charlotte, NC, Sutphin, Anthony Demond, 08/09/06
**DISTRICT OF NEBRASKA**
**06-DEA-471165,** $8,000.00 U.S. Currency, Richardson County, NE, Nowling, Glen Dean, 07/26/06
**DISTRICT OF NEW HAMPSHIRE**
**06-DEA-471533,** $8,000.00 U.S. Currency, Salem, NH, Mezzapelle, Stephen, 08/10/06
**DISTRICT OF NEW JERSEY**
**06-DEA-470759,** 2002 Infiniti Q45, JNKBF01A42M004125, Holmdel, NJ, Valiant, Steven, 07/10/06
**06-DEA-471537,** $1,909.00 U.S. Currency, Hackensack, NJ, Mejia, Carlos, 07/23/06
**DISTRICT OF NEW MEXICO**
**06-DEA-471244,** $3,684.00 U.S. Currency, Albuquerque, NM, Holtry, Robert AKA Montana, Gerson, 07/24/06
**06-DEA-471249,** $16,800.00 U.S. Currency, Tucumcari, NM, Dukes, Kelvin Larinza, 07/11/06
**06-DEA-471265,** $9,950.00 U.S. Currency, Albuquerque, NM, Horan, Francis, 07/26/06
**06-DEA-471346,** $110,090.00 U.S. Currency, Albuquerque, NM, Ferguson, Tonika, 08/07/06
**06-DEA-471456,** 2002 Peterbilt Tractor, 1XP5DB9X32D572065, Gallup, NM, Michael, Wingrove Edward, 08/10/06
**06-DEA-471477,** 1996 Wabash Trailer, 1JJE532S6TL377241, Gallup, NM, Michael, Wingrove Edward, 08/10/06
**DISTRICT OF NEVADA**
**06-DEA-471242,** $2,389.00 U.S. Currency, Las Vegas, NV, Weatherspoon, Corey AKA Graves, Corey, 07/28/06
**EASTERN DISTRICT OF NEW YORK**
**06-DEA-470022,** $39,900.00 U.S. Currency, East Elmhurst, NY, Torre, Elvis M., 06/29/06
**06-DEA-470950,** $29,980.00 U.S. Currency, Brooklyn, NY, Royal, Wilton, 06/21/06
**06-DEA-470953,** $4,982.00 U.S. Currency, Brooklyn, NY, Myrie, Colin, 06/21/06
**SOUTHERN DISTRICT OF NEW YORK**
**06-DEA-470494,** $991.00 U.S. Currency, New York, NY, Leon Enriquez, Jose Javier, 07/03/06

TX, Diamond, Jerry, 07/24/06
**06-DEA-471354,** 2006 Chrysler Sebring, 1C3EL75R46N234171, Sarita, TX, Compean, J
Garza, 08/04/06
**06-DEA-471448,** $2,500.00 U.S. Currency, McA
TX, Unidentified, 08/04/06
**06-DEA-471493,** 1974 Chevrolet P/U, CCL448F483109, Laredo, TX, Gomez-Gutierre
Jose Angel, 08/06/06
**06-DEA-471520,** $8,600.00 U.S. Currency, Lar
TX, Keller, Jarrod Seth, 08/06/06
**06-DEA-471569,** 1995 Kenworth Tractor, 1XKADB9X7SR646899, Sarita, TX, Carbajal, E
08/13/06
**06-DEA-471574,** 2005 Utility Flatbed Trailer, 1UYFS24835A562302, Sarita, TX, Carbajal, Eu
08/13/06
**WESTERN DISTRICT OF TEXAS**
**06-DEA-471399,** $11,898.00 U.S. Currency, Mi
TX, Duran Jr., Roy, 08/01/06
**EASTERN DISTRICT OF VIRGINIA**
**06-DEA-463693,** $45,070.00 U.S. Currency, Richmond, VA, Unidentified, 02/02/06
**WESTERN DISTRICT OF VIRGINIA**
**06-DEA-471152,** $37,320.00 U.S. Currency, Ar
VA, Hill, Robert Lee AKA Hill, Bobby, 07/24/06
**WESTERN DISTRICT OF WASHINGTON**
**06-DEA-471677,** Marijuana Grow Equipment, V
$900.00, Kent, WA, Tu, David, 07/20/06
**06-DEA-471691,** $1,173.00 U.S. Currency, Bell
WA, Kuan, Jason, 07/28/06
**EASTERN DISTRICT OF WISCONSIN**
**06-DEA-470763,** $2,740.00 U.S. Currency, We
WI, A Juvenile, 07/21/06
**06-DEA-471237,** $2,018.00 U.S. Currency, Fon
Lac, WI, Clouse, Jennifer A., 08/07/06
**06-DEA-471282,** $24,940.00 U.S. Currency, Os
WI, Dunn, Patrick G., 07/28/06
**06-DEA-471284,** 2000 Chrysler 300 M Sedan, 2C3HE66G7YH191004, Oshkosh, WI, Dunn, P
G., 07/28/06
**06-DEA-471288,** 1996 GMC Yukon, 1GKEK13R6TJ727632, Oshkosh, WI, Dunn, Christopher M., 07/28/06
**06-DEA-471430,** $2,220.00 U.S. Currency, Milw
WI, Prophet, Badon, 08/11/06
**WESTERN DISTRICT OF WISCONSIN**
**06-DEA-470968,** Assorted Electronic Equipmen
$8,298.00, (1) Hitachi 70" LCD projection t.v. wi
stand, Ser No V41001892; (1) Sharp Aquos 26"
HDTV television, Ser No 507855405, Brodhead
Roberson, Ronald E., 07/28/06
**DISTRICT OF WYOMING**
**06-DEA-470986,** 2001 Volkswagen Passat, WVWPD63B61E147527, Laramie, WY, Becerril
Pedraza, Miguel Angel, 07/20/06

**SECOND NOTICE**
**LAST DATE TO FILE OCTOBER 26, 2006**
**PLACE SEIZED, SEIZED FROM, DATE SEIZE**

**DISTRICT OF ALASKA**
**06-DEA-470812,** $29,500.00 U.S. Currency, Anchorage, AK, Veseli, Gzim, 06/25/06
**MIDDLE DISTRICT OF ALABAMA**
**06-DEA-470694,** 1999 Ford F-150 Extended Ca
pickup, 1FTRX18L5XKA74813, Montgomery, Al
Silva, Hector Rodriguez, 07/13/06
**EASTERN DISTRICT OF ARKANSAS**
**06-DEA-470817,** $21,000.00 U.S. Currency, Jonesboro, AR, Washington, Carl, 07/24/06
**DISTRICT OF ARIZONA**
**06-DEA-470632,** 1997 Ford F-150 Pick-up Truc
1FTDF1766VNA92774, Green Valley, AZ, Arme
Marco Antonio, 07/06/06
**06-DEA-470636,** $529,976.00 U.S. Currency, G
Valley, AZ, Armenta, Marco Antonio, 07/06/06
**CENTRAL DISTRICT OF CALIFORNIA**
**06-DEA-469832,** (3) Citibank, Bank Accounts, V
$179,672.99, Account #40032172344; 4002841
and 40025925872, Beverly Hills, CA, Lee, Rays
Tejada AKA Lee, Raysa AKA Lee, Raysa Nerys
AKA Lee, Raysa T. AKA Tejada, Lee Raysa AK
Tejada, Raysa AKA Tejada, Raysa N., 05/27/06
**06-DEA-469886,** $30,352.00 U.S. Currency, Lo
Angeles, CA, Duran, Ricardo Lee AKA Duran, Richardo AKA Lee, R. AKA Lee, Record AKA Le
Ricardo A. AKA Lee, Rick AKA Lee, Ricky AKA
Peterson, Keith William AKA Peterson, William I
Rose, Ricard A. AKA Rowe, Ricard AKA Sharpe
Rodney A. and Lee, Raysa Tejada AKA Lee, Ra
AKA Lee, Raysa Nerys Tejada AKA Lee, Raysa
Lee, Tejada Raysa AKA Raysa, N. Tejada AKA T
Lee Raysa AKA Tejada, Raysa AKA Tejada, Ray
05/26/06
**06-DEA-469906,** $62,784.25 U.S. Currency, Lo
Angeles, CA, Duran, Ricardo Lee AKA Duran, Richardo AKA Lee, R. AKA Lee, Record AKA Le
Ricardo A. AKA Lee, Rick AKA Lee, Ricky AKA
Peterson, Keith William AKA Peterson, William I
Rose, Ricard A. AKA Rowe, Ricard AKA Sharpe
Rodney A. and Lee, Raysa Tejada AKA Lee, Ra
AKA Lee, Raysa Nerys Tejada AKA Lee, Raysa
Lee, Tejada Raysa AKA Raysa, N. Tejada AKA T
Lee Raysa AKA Tejada, Raysa AKA Tejada, Ray
05/26/06
**06-DEA-469922,** Beverly Hills Escrow Account

MONDAY, SEPTEMBER 18, 2006

...rty was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for 2134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. In lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the ... during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence must be deemed filed when actually received by the DEA ... uspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. No. 07-00580 (EGS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$21,600 IN UNITED STATES CURRENCY** | ) | |
| **RECOVERED FROM A SHOE BOX** | ) | |
| **FOUND IN A CAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## JUDGMENT OF FORFEITURE

On March 26, 2007, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the defendant property, which is $21,600 in United States currency recovered from a shoe box found in a car. The complaint alleged that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 801 *et seq.*; that the defendant currency was proceeds traceable to such an exchange and was intended to be used to facilitate violations of 21 U.S.C. § 841, *et seq.*, and as such, the defendant currency was subject to forfeiture pursuant to 18 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action with respect to the defendant currency and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant currency on March 26, 2007;

That on December 10, 2007, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant currency within the time permitted by 18 U.S.C. § 983(a)(4)(a); and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: Twenty-one thousand six hundred dollars ($21,600.00) in United States currency be entered and that no right, title, or interest in the defendant currency shall exist in any other party, and that the said defendant currency be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this _____ day of _____, 2007.


_____
EMMET G. SULLIVAN
United States District Judge